# EXHIBIT A



U.S. Department of Housing
and Urban Development

# Continuum of Care Builds (CoC Builds)

FR-6902-N-25A

Applications are due by 3:00 PM Eastern Time on 09/12/2025.

Community Planning and Development

# TABLE OF CONTENTS

I. BASIC INFORMATION..........................................5

A. Summary.............................................................5

B. Agency Contact(s) ...........................................7

II. ELIGIBILITY.....................................................9

A. Eligible Applicants..................................................9

B. Cost Sharing or Matching ...................................12

III. PROGRAM DESCRIPTION ..............................14

A. Purpose.............................................................14

B. Goals and Objectives...........................................14

C. Authority.............................................................14

D. Unallowable Costs .............................................14

E. Indirect Costs....................................................14

F. Program History .................................................14

G. Other Information................................................15

IV. APPLICATION CONTENTS AND FORMAT.....17

A. Standard Forms, Assurances, and Certifications17

B. Budget................................................................19

C. Narratives and Other Attachments ....................20

D. Other Application Content .................................20

V. APPLICATION REVIEW INFORMATION ..........22

A. Threshold Review .............................................22

B. Merit Review ......................................................23

C. Risk Review.......................................................32

D. Selection Process ..............................................33

E. Award Notices....................................................34

VI. SUBMISSION REQUIREMENTS AND

DEADLINES...........................................................36

A. Deadlines ..........................................................36

B. Submission Methods...........................................36

C. Other Submissions ...........................................37

D. False Statements................................................37

VII. POST-AWARD REQUIREMENTS AND

ADMINISTRATION ................................................40

A. Administrative, National and Departmental Policy

Requirements, and General Terms and Conditions

..............................................................................40

B. Environmental Requirements ............................41

C. Remedies for Noncompliance ...........................43

D. Reporting ..........................................................43

VIII. CONTACT AND SUPPORT ...........................48

A. Agency Contact.................................................48

B. esnaps.hud.gov .................................................48

C. SAM.gov ..........................................................48

D. Debriefing and Appeals .....................................48

E. Applicant Experience Survey.............................52

F. Other Online Resources.....................................52

APPENDIX ............................................................54

Appendix I. Definitions ...........................................54

# BEFORE YOU BEGIN

If you believe you are a good candidate for this funding opportunity, register in the appropriate systems now and review the application package. If you are already registered, make sure your registration is active and up-to-date.

### SAM.gov Registration

You must have an active and up-to-date account with SAM.gov, at the time of application and throughout the life of any award.

To register, go to SAM.gov Entity Registration and click Get Started. From the same page, you can also click on the Entity Registration Checklist for the information you will need to register.

It can take several weeks to register in SAM.gov, so please get started now if you are planning to apply. SAM.gov also provides each organization with a unique entity identifier (UEI). A valid UEI is required to apply for funding.

### Grants.gov Registration

You must have an active Grants.gov registration. This requires a Login.gov registration as well. See step-by-step instructions at the Grants .gov Quick Start Guide for Applicants. You must apply for funding using Grants.gov, unless HUD has approved your waiver request.

See Section VI.B. Submission Methods.

### Find the Application Package

Use the Grants Search at Grants.gov and search for opportunity number FR-6902-N-25A . The application package has all the online forms you need to apply. You also need to access the Download Instructions link and review the content before you apply.

If you have other technical difficulties using Grants.gov, access the Support Center on Grants.gov for assistance.

To get updates on changes to this notice of funding opportunity (NOFO), click Subscribe from the View Grant Opportunity page for this NOFO on Grants.gov.

---

**Application Deadline**
Applications are due by 3:00 PM Eastern Time on 09/12/2025.
See Section VI.A. of this NOFO.

**HUD Listserv**
If you are interested in email notices about upcoming funding opportunities, subscribe to HUD's Funding Opportunities listserv.
**Note**: To help you find what you need, this NOFO uses internal links. In Adobe Reader, you can go back to where you were by pressing Alt + Left Arrow (Windows) or Command + Left Arrow (Mac) on your keyboard.

---

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 5 of 58 PageID #: 38

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

# I. BASIC INFORMATION

I. Basic Information

   A. Summary

B. Agency Contact(s)

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 6 of 58 PageID #: 39

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

# I. BASIC INFORMATION

See [Contact and Support](#) section of this NOFO.

## A. Summary

**Federal Agency Name:**

United States Department of Housing and Urban Development (HUD)

**HUD Program Office:**

Community Planning and Development

**Announcement Type:**

Initial

**Program Type:**

Discretionary

**Paperwork Reduction Act Information:**

2506-0112, 2506-0182, 2506-0183, 2506-0145

**Due Date for Intergovernmental Review:**

See [Section VI.C.1.](#)

| Key Facts | Key Dates |
|---|---|
| **Opportunity Name:**<br>Continuum of Care Builds (CoC Builds)<br>**Opportunity Number:**<br>FR-6902-N-25A<br>**Federal Assistance Listing:**<br>14.267 | **Application Due Date: 3:00 PM Eastern Time on**:<br>09/12/2025<br>**Anticipated Award Date:**<br>09/30/2025<br>**Estimated Performance Period Start Date:**<br>01/01/2026<br>**Estimated Performance Period End Date:**<br>12/31/2031 |

### 1. NOFO Summary

The Continuum of Care Builds (CoC Builds) program provides $75,000,000 for competitive one-time grants to CoC geographic areas to fund the new construction, acquisition, and rehabilitation (capital costs) of new unites of permanent supportive housing (PSH). No more than 20 percent of each award may be used for other eligible

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 7 of 58 PageID #: 40

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contacting | Appendix Support

CoC Program activities (Section IV.B.1.b) and no more than 10 percent of an award may be used for project administration.

The CoC Program does not require intergovernmental review.

## 2. Funding Details

### Type of Funding Instrument

G (Grant)

Grant terms may be two, three, four, or five years. Projects selected for conditional award must be able to:

a. provide proof of site control (24 CFR 578.25) prior to execution of the grant agreement

b. demonstrate, prior to grant agreement execution, that the project is financially feasible (24 CFR 578.21(c); see Section III.G of this NOFO for more information); and

c. execute the grant agreement with HUD within the timeframe permitted.

Additionally, projects selected for conditional award must:

a. have a completed environmental review before awarded funds can be drawn for project activities;

b. complete a subsidy layering review (SLR) in accordance with 24 CFR 578.29 and Section III.G of this NOFO; and

c. meet the timeliness standards outlined in 24 CFR 578.85 for new construction or rehabilitation activities.

Project applicants should select the grant term based on the type of capital costs project you are submitting and the realistic time frame for completion. Generally, rehabilitation and acquisition time frames are less than new construction.

See 24 CFR 578.85 for timeliness requirements related to new construction and rehabilitation projects.

### Available Funds

Funding of approximately **$75,000,000** is available through this NOFO.

Additional funds may become available for award. Use of these funds is subject to statutory constraints. All awards are subject to the selection process contained in this NOFO.

The submission due date is September 12, 2025, with a total of $75,000,000 (Consolidated Appropriations Act, 2023) available where not less than $30,000,000 is available only for CoCs that are located in states with populations of fewer than 2.5 million people.

If HUD does not receive the indicated application requests from CoCs in states with populations of fewer than 2.5 million people, any remaining amount may be awarded to qualified applicants for projects in any state. All application requirements are included in this NOFO.

### Number of Awards
HUD expects to make approximately 8 awards from the funds available under this NOFO.
**Maximum Award.** The maximum award amount under this CoC Builds NOFO is based on

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 8 of 58 PageID #: 41

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

each CoC's FY 2025 Final Pro Rata Need, which is the higher of the CoC's Preliminary Pro Rata Need based on FY 2025 CoC Program Registration or Annual Renewal Demand which is based on the eligible renewal amount for FY 2025 CoC Program funding consideration. CoCs that submit two project applications, with one project proposing new PSH units located on Tribal reservations, trust lands, or in Tribal projects located in IHBG formula areas, may request an additional $2,000,000 above the maximum amount as indicated in the following chart. The maximum award amount for a single project may not exceed the maximum amount listed in the *Maximum Amount for a Single Project* column of the following chart.

| FPRN Amount | Maximum Amount for a Single Project | Maximum Amount for Projects Submitted by CoCs with Units Located on Tribal Reservations, Trust Lands, or in Tribal Projects Located in IHBG Formula Areas |
|---|---|---|
| $40,000,000 and above | $12,000,000 | $14,000,000 |
| $10,000,000 to $39,999,999 | $9,000,000 | $11,000,000 |
| $0 to $9,999,999 | $6,000,000 | $8,000,000 |
| CoCs that are the only CoC within their State or Territory | $12,000,000 | $14,000,000 |

**Maximum Award and FMR Adjustments.** The process for determining the maximum award amount is detailed in 24 CFR 578.17(b).

**Length of Performance Period:**

12-month project period and budget period

24-month project period and budget period

36-month project period and budget period

48-month project period and budget period

60-month project period and budget period

Length of Periods Explanation:

Period of performance dates may range from 24 months to 60 months.

## B. Agency Contact(s)

See Contact and Support section of this NOFO.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 9 of 58 PageID #: 42



# II. ELIGIBILITY

II. Eligibility

A. Eligible Applicants

B. Cost Sharing or Matching

TABLE OF CONTENTS

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VII. Contact and Support | Appendix

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 10 of 58 PageID #: 43

# II. ELIGIBILITY

You are invited to apply if your organization is an eligible entity type and meets the funding conditions included in the NOFO. HUD will review applications from eligible applicants using the criteria in Section V. of this NOFO.

## A. Eligible Applicants

### 1. Eligible Entity Types:

00 (State governments)

01 (County governments)

02 (City or township governments)

04 (Special district governments)

07 (Native American tribal governments (Federally recognized))

08 (Public housing authorities/Indian housing authorities)

12 (Nonprofits having a 501(c)(3) status with the IRS, other than institutions of higher education)

25 (Others (see text field entitled "Additional Information on Eligibility" for clarification))

Additional Information on Eligibility

Faith-based organizations may apply on the same basis as any other organization. HUD does not engage in any unlawful and improper conduct, policies, or practices that target faith-based organizations.

Individuals are ineligible applicants.

### 2. Restrictions

#### a. Statutory and Regulatory Requirements Affecting Eligibility

You must comply with the current General Statutory and Regulatory Requirements Affecting Eligibility for HUD's Competitive Programs. HUD will review your eligibility before issuing an award. As part of this review, HUD uses SAM.gov and Department of Treasury data.

#### b. Application Eligibility

Your application is considered for funding if it satisfies the application review requirements in Section V. of this NOFO.

Project applications will be disqualified if the submitted budget forms do not include funding requests for new units of permanent supportive housing through new construction, acquisition, or rehabilitation.

#### CoC Review of Project Applications.

CoCs are required to review proposed CoC Builds applications locally and if more than one application is received, the CoC must determine which application it will submit to HUD. CoCs are permitted to submit a second application if the new PSH units are constructed,

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact(s) Support | Appendix

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 11 of 58 PageID #: 44

rehabilitated, or acquired on Tribal reservations or trust lands. HUD encourages CoCs to use the criteria outlined in Section V.A.1 of this NOFO to ensure it submits the most viable application(s) to HUD for review.

**Certification of Consistency with the Consolidated Plan.** This program requires a certification of Consistency with the Consolidated Plan under 24 CFR 91.2. This certification means the proposed activities in the application are consistent with the jurisdiction's strategic plan, and the location of the proposed activities is consistent with the geographic areas specified in the Consolidated Plan.

Applicants must submit a certification by the jurisdiction in which the proposed project will be located so that the applicant's project application for funding is consistent with the jurisdiction's HUD-approved consolidated plan. The certification must be made in accordance with the provisions of the consolidated plan regulations at 24 CFR part 91, subpart F.

Form HUD-2991 must be completed and dated between May 12, 2025 and September 12, 2025.

Additionally, applicants that propose to locate a project on a Tribal reservation or trust land or propose to carry out a Tribal project located in an IHBG formula area must include a Tribal resolution from the Tribe authorizing the applicant to do so or a letter from an official or principal of the Indian Tribe or TDHE who is authorized to act on behalf of the Indian Tribe or TDHE. Indian Tribes do not need to include a tribal resolution to site a project on their own reservation or trust land. A tribal resolution is the formal way the tribal government expresses its legislative will in accordance with its organic documents. In the absence of such organic documents, a written expression adopted pursuant to tribal practices will be acceptable.

a. Application Process. Under this CoC Builds NOFO, Collaborative Applicants must submit applications on behalf of project applicants through *Grants.gov*. Project applications may include multiple project sites and multiple subrecipients. However, only one application per CoC may be submitted, except for CoCs that are able to submit two project applications because one project proposes new PSH units located on Tribal reservations, trust lands, or in Tribal projects located in IHBG formula areas. Responses to merit-based rating factors in this NOFO will also be submitted through the project applications in *Grants.gov*.

b. Indian Tribes and Tribally Designated Housing Entities (TDHE). The Consolidated Appropriations Act, 2021 (Public Law 116-260, approved December 27, 2020) amended title IV to add section 435 of the Act to allow Indian Tribes and TDHEs to be Collaborative Applicants, eligible entities, or subrecipients of the CoC Program in addition to amending title IV section 401 to add the terms "Formula Area" and "Indian Tribe." These amendments mean that not only may Tribes and TDHEs apply for grants through other CoCs, but that formula areas, as that term is defined in the Indian Housing Block Grant program at 24 CFR 1000.302, are eligible to be added to the geographic areas of existing CoCs or may be included in newly formed CoCs through the CoC registration process (see Notice CPD-22-02) or may be temporarily added through the process outlined in Section III.A.5. Any applicant that is not a Tribe or TDHE proposing to site a project on a Tribal reservation or trust land, or proposing to carry out a Tribal project located in an IHBG formula area must include a Tribal

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 12 of 58 PageID #: 45

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

resolution from the Tribe authorizing the applicant to do so or a letter from an official or principal of the Indian Tribe or TDHE who is authorized to act on behalf of the Indian Tribe or TDHE. Tribes do not need to include a Tribal resolution to site a project on their own reservation or trust land.

c.  Collaborative Applicants. HUD will only accept CoC Builds project applications from CoCs that had a valid *e-snaps* registration for the FY 2025 CoC Program Registration process. If the Collaborative Applicant changed after the FY 2025 CoC Program registration closed, see Section II.D of [Notice CPD-22-02, *Continuum of Care Program Registration*](#) for the process you must follow to correct the CoC's designated Collaborative Applicant. Collaborative Applicants. All recognized Collaborative Applicants eligible to submit the application to HUD on behalf of the project applicant organization are listed on the CoC Builds Final Pro Rata Need Report located on the CoC Builds NOFO page on HUD's website.

d.  Temporarily Add to CoC Geography and Tribal Reservations, Trust Lands, and Tribal projects located in IHBG formula areas. In general, HUD will only consider projects that propose to locate PSH units in geographic areas included in their FY 2025 CoC Program Registration. However, HUD will make an exception for Tribal reservations and trust lands and permit CoCs to temporarily include projects for new PSH units on Tribal Reservations and trust lands not currently a part of their geographic area if the Collaborative Applicant is a Tribe or TDHE or if the CoC adds the Tribal Reservations and trust lands to the geographic areas covered by their CoC with the Tribe's express consent. To apply for a project on a Tribal Reservation or trust land or for a Tribal project located in an IHBG formula area not currently included in the CoCs geographic area, the Collaborative Applicant must add the formula area to the COCs geographic area by sending an email to HUD at [CoCBuilds@hud.gov](mailto:CoCBuilds@hud.gov) with the following information:

    1.  The name of the CoC.

    2.  The name of the Tribe(s) assigned to the formula area(s) the Collaborative Applicant is seeking to add; and

    3.  If the Collaborative Applicant is adding the formula area on behalf of a CoC that is not an Indian Tribe or TDHE directly selecting their own formula area, a tribal resolution from the applicable Indian Tribe authorizing the CoC to select the trust land or reservation or a letter from an official or principal of the Indian Tribe or TDHE who is authorized to act on behalf of the Indian Tribe or TDHE. Indian Tribes and TDHEs are not required to include a tribal resolution to select their own trust land or reservation.

    This message must be submitted to HUD on or before the application deadline. The formula area must be either contiguous to the CoCs existing geographic area or the formula area must overlap with the CoCs existing geographic area. For the non-capital costs of these PSH projects to be eligible for renewal under the CoC program, the CoC must complete the CoC registration process (see Notice CPD-22-02) to add the Tribal Reservations and trust lands to the geographic areas covered by their CoC. Note: HUD will not update a CoCs PPRN based on the inclusion of the temporary new

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 13 of 58 PageID #: 46

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | IX. Appendix

formula area(s) to determine the maximum award amount established in Section I.A.4.h of this NOFO and the temporary addition to the CoC's geography will not be considered by HUD under the FY CoC Program Competition.

e. Eligible Project Applicants (McKinney-Vento Homeless Assistance Act, 24 CFR 578.15, 24 CFR 5.100). Eligible project applicants for the CoC Program Competition are found at 24 CFR 578.15 and in the Act and include nonprofit organizations, states, local governments, instrumentalities of state and local governments, Indian Tribes and TDHE [as defined in section 4 of the Native American Housing Assistance and Self-Determination Act of 1996 (25 U.S.C. 4103) (TDHEs)]. Public housing agencies, as such term is defined in 24 CFR 5.100, are eligible without limitation or exclusion. For-profit entities are ineligible to apply for grants and are prohibited from being subrecipients of CoC Program grant funds.

f. There are a series of helpful, short videos on grants.gov that we encourage you to view prior to beginning the application submission process, and again as needed when you are ready to submit the application. See Applicant Training on Grants.gov. The videos provide helpful information to assist you with the process and are generally less than 5 minutes each. We strongly encourage you to view these video resources as you begin the application process.

Individuals, foreign entities, and sole proprietorship organizations are not eligible to compete for or receive awards made under this announcement.

## B. Cost Sharing or Matching

This Program requires cost sharing or matching, as described below.

24 CFR 578.73 provides the information regarding match requirements. Project applicants that intend to use program income as a match must provide an estimate of how much program income will be used for the match.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 14 of 58 PageID #: 47

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

# III. PROGRAM DESCRIPTION

III. Program Description

A. Purpose

B. Goals and Objectives

C. Authority

D. Unallowable Costs

E. Indirect Costs

F. Program History

G. Other Information

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 15 of 58 PageID #: 48

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

# III. PROGRAM DESCRIPTION

## A. Purpose

CoC Builds provides funding for construction, acquisition, or rehabilitation of new units of PSH. Most of the requested funding must be for new construction, acquisition, or rehabilitation to create new units of permanent supportive housing. See IV.B.1.b and c of this NOFO for information regarding other CoC Program eligible costs, including project administrative costs that includes the percentages of funding that may be requested.

## B. Goals and Objectives

HUD has the following goals for this competition:

*Increasing Supportive Housing for Elderly and Disabled.* HUD is seeking Permanent Supportive Housing projects that are dedicated to serving elderly individuals and/or individuals with a physical disability in a medical respite setting.

*Partnering with Housing, Health, and Service Organizations.* HUD seeks PSH projects that integrate healthcare organizations (e.g. primary healthcare, substance use disorder treatment, mental health treatment) into the provision of housing.

## C. Authority

CoC Builds is part of the CoC Program that is authorized by Subtitle C of Title IV of the McKinney-Vento Homeless Assistance Act, (42 U.S.C. 11381–11389) (the Act), and the CoC Program rule found in 24 CFR part 578 (the Rule). The CoC Builds funds were provided by the Consolidated Appropriations Act, 2023 (Public Law 117-328, approved December 29, 2022). The term, conditions and criteria in this NOFO are in compliance with Executive Order 14321 (Ending Crime and Disorder on America's Streets.)

## D. Unallowable Costs

While the CoC Program allows for additional costs, the NOFO does not allow the following:

- Leasing for units or structures;
- Tenant-based and sponsor-based rental assistance;
- CoC planning; and
- UFA costs.

## E. Indirect Costs

If you expect to charge indirect costs to the award, submit the Indirect Cost Rate Certification form (HUD-426) with your application.

## F. Program History

This NOFO supersedes and replaces the CoC Builds NOFO published May 16, 2025 in its entirety. Applicants that applied under the previously published NOFO must submit a new application under this NOFO through *Grants.gov.* This NOFO does not require applicants to

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 16 of 58 PageID #: 49

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

submit narrative responses to merit review rating factors. Instead, applicants must respond "Yes" or "No" to the merit review criteria. No numerical scores will be provided. Awards under this NOFO will be made in the order that application submissions are received in which the applicant affirms "Yes" to all the criteria.

## G. Other Information

Eligible program participants are individuals and families experiencing homelessness outlined in 24 CFR 578.37(a)(1)(i), This includes individuals and families who meet the definition of homelessness under paragraphs 1, 2, and 4 of the definition of homeless (24 CFR 578.3).

You must comply with the requirements of the Build America, Buy America (BABA) Act, Sections 70901-52 of Public Law No. 117-58, 41 U.S.C. 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Applicants are encouraged to consult with the NOFO point of contact to confirm additional requirements or waivers specific to each grant. See Build America, Buy America (BABA) Act, Sections 70901-52 of Pub. L. No. 117-58, 41 U.S.C. 8301. For additional resources, please see https://babawaiver.hud.gov/s/.

The CoC Interim Rule requires that applicants demonstrate, prior to grant agreement execution, that the project is financially feasible (24 CFR 578.21(c)). Additionally, program regulations require that a Subsidy Layering Review (SLR) be conducted to ensure that the proposed project is not receiving more assistance than what is necessary for the project to be sustainable (24 CFR 578.29). Applicants will be able to meet this requirement by submitting an SLR and financial feasibility analysis conducted by a Housing Credit Agency (i.e., a state housing finance agency or other state housing agency that meets the definition of "housing credit agency" under Section 42 of the internal revenue code of 1986), or through another program administered by the Secretary. The SLR must include consideration of the Continuum of Care assistance being applied for under this NOFO.

HUD may adjust proposed budgets, or decide not to fund an application, based on the results of these reviews. Additionally, HUD may reduce any grant amounts not yet drawn as a result of the SLR. Applicants must submit any additional information required by HUD to conduct a financial feasibility review or SLR within the timeline established by HUD and meet any additional requirements established by HUD for completion of the SLR and financial feasibility review.



Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 17 of 58 PageID #: 50

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post Award Requirements and Administration | VIII. Contact and Support | Appendix

# IV. APPLICATION CONTENTS AND FORMAT

IV.  Application Contents and Forms

A. Standard Forms, Assurances, and Certifications

B. Budget

C. Narratives and Non-Form Attachments

D.  Other Application Content

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 18 of 58 PageID #: 51

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

# IV. APPLICATION CONTENTS AND FORMAT

Applications must include three main elements: a) standard forms, assurances, and certifications; b) budget; and c) narratives and other attachments. The content, forms, and format for each element are included in this section.

You may use this section as a checklist to ensure you submit a complete application.

If you don't provide the required documents in the correct format, your application is incomplete.

Do not submit password protected or encrypted files.

| Element | Submission Form |
|---|---|
| Standard Forms, Assurances, and Certifications | Upload using each required form. |
| Budget | Use the required budget form. |
| Narratives or Other Attachments | Insert each in the Attachments form. |

Other

CoC Builds applications are submitted via *Grants.gov.* Application submission includes:

- CoC Priority Listing, modified for the CoC Builds competition includes:
  - CoC Number and Name,
  - Collaborative Applicant Name, and
  - identifies the CoC geographic area submitting the project application(s); and
- Project application(s) completed by the project applicant that was reviewed and selected by the CoC for submission under this NOFO.
  - A response to each of the criteria in Section V.A. of this NOFO.
  - The budget forms are also included in *Grants.gov.*

An attachment of the completed and signed HUD-2991 and required attachments.

## A. Standard Forms, Assurances, and Certifications

You must properly complete and submit with your application the standard forms, assurances, and certifications identified below. You can find all forms in the application package or review them and their instructions at Grants.gov Forms. You can also read more about standard forms on HUD's Funding Opportunities page.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 19 of 58 PageID #: 52

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

| Forms/Assurances/ Certifications | Submission Requirement | Notes/Description |
|---|---|---|
| Application for Federal Assistance (SF-424) | Required with the application | Page limit: Not applicable<br>File name: SF-424 |
| Applicant and Recipient Assurances and Certifications (HUD 424-B) | Required with the application | Page limit: Not applicable<br>File name: HUD-424B |
| Applicant/Recipient Disclosure/Update Report (HUD 2880) | If applicable, required with the application | Page limit: Not applicable<br>File name: HUD-2880 |
| Certification Regarding Lobbying | If applicable, required with the application | Page limit: Not applicable<br>File name: Lobbying Certification form |
| Disclosure of Lobbying Activities (SF-LLL) | Required with the application | Page limit: Not applicable<br>File name: SF-LLL |
| Certification for a Drug-Free Workplace (HUD-50070) | If applicable, required with the application | Page limit: Not applicable<br>File name: HUD-50070 |
| Assurances for Construction Programs (SF-424D) | If applicable, required with the application | Page limit: Not applicable<br>File name: SF-424D |
| Certification for Opportunity Zone Preference Points (HUD 2996) | If applicable, required with the application | Page limit: Not applicable<br>File name: HUD-2996<br>Form location: |

Additionally, all applications must include an attached HUD-2991, Certification of Consistency with the Consolidated Plan.

Following award announcement, applicants must be prepared to submit evidence of site control and a completed financial feasibility review conducted by a Housing Credit Agency (i.e., a state housing finance agency or other state housing agency that meets the definition of "housing credit agency" under Section 42 of the internal revenue code of 1986), or through another program administered by the Secretary, or be able to submit any additional information required by HUD to conduct a financial feasibility review within the timeline established by HUD. The financial feasibility review must demonstrate that there is sufficient funding for the project to be sustainable. HUD may adjust proposed budgets, or decide not to

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 20 of 58 PageID #: 53

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

fund an application, based on the financial feasibility review.

## B. Budget

You must submit a budget with your application to support your project narrative. At a minimum, your budget must indicate direct and any indirect costs.

You must also submit form HUD-426, based on the requirements in <u>Section III.E.</u> of this NOFO.

The application must attach the required budget form.

1. Project Applications will include the following budgets, and project applicants will select the applicable budget(s) for their funding request:

    a. Capital Costs:

        i. New construction <u>(24 CFR 578.47)</u>;

        ii. Acquisition (<u>24 CFR 578.43</u>); and

        iii. Rehabilitation (<u>24 CFR 578.45</u>).

    b. Other Eligible CoC Program Costs which can be no more than 20 percent of the total request, where project applicants will select the applicable budget(s) for their non-capital costs:

        i. Project-based rental assistance (<u>24 CFR 578.51(e)</u>) where the unit sizes and current FMRs are prepopulated;.

        ii. Operating (<u>24 CFR 578.55</u>);

        iii. Supportive Services (<u>24 CFR 578.53</u>);

        iv. HMIS <u>(24 CFR 578.57)</u>;

        v. VAWA eligible costs (42 USC 11383(a)(13));

        vi. Rural eligible costs (42 USC 11383(a)(13)); and

        vii. Relocation costs (24 CFR 578.61)

    c. Administrative costs (<u>24 CFR 578.59</u>) can be no more than 10 percent of the total amount requested.

If a project application's budget exceeds the cost limits noted above, HUD will reduce the costs to the eligible amount which will result in a reduction in the total amount of funds requested.

See <u>24 CFR 578.87(c)</u> for restrictions on combining funds.

| Budget Form/Document | Submission Requirement | Notes/Description |
|---|---|---|
| Indirect Cost Information Certification (HUD-426) | If applicable, this document is required with the application and after award | Page limit: Not applicable<br>File name: ICR Doc.<br>Form location: download |

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 21 of 58 PageID #: 54

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

| Budget Form/Document | Submission Requirement | Notes/Description |
|---|---|---|
| | | instructions |

## C. Narratives and Other Attachments

If applicable, you must upload narrative and non-form attachments in e-snaps.hud.gov. When adding the attachments to the form, you can upload PDF, Word or Excel formats.

| Document | Submission Requirement | Notes/Description |
|---|---|---|
| Nonprofit Status – Documentation | If applicable, this document is required with the application | Page limit: Not applicalbe <br> File Name: Code <br> Acceptable Content |
| Code of Conduct | If not included in HUD's eLibrary, this document is required with the application | Page limit: Not applicable <br> File name: Code <br> Acceptable Content |

Project applicants and any subrecipients that are non-profit organizations must attach a copy of their non-profit documentation.

## D. Other Application Content

If your project is selected for conditional award, the conditional recipient will work with the applicable CPD field office to complete the technical submission process. During this process the conditional recipient will address any issues or conditions identified during the application review process by HUD and finalize budget information. This may include obtaining additional information needed to move to the grant agreement phase.

Additionally, if the conditional recipient will use in-kind services match contributions (24 CFR 578.73(c)) provided by a third party, you must submit documentation; e.g., memorandum of understanding; between you, or your subrecipient, and the third party that will provide the services.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 22 of 58 PageID
#: 225

I. Basic
Information
II. Eligibility
III. Program
Description
IV. Application
Contents and
Format
V. Application
Review
Information
VI. Submission
Requirements and
Deadlines
VII. Post-Award
Requirements and
Administration
VIII. Contact and
Support
Appendix

# V. APPLICATION REVIEW INFORMATION

V. Application Review Information

A. Threshold Review

B. Merit Review

C. Risk Review

D. Selection Process

E. Award Notices

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 23 of 58 PageID
#: 245

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact Us | Appendix Support

# V. APPLICATION REVIEW INFORMATION

## A. Threshold Review

HUD reviews each application to make sure it meets the following threshold requirements. If you meet all threshold requirements, your application will advance to a merit review. If you fail to meet one or more threshold requirements, your application is not eligible for HUD funding.

### 1. Eligible Applicant

You must meet the applicant eligibility criteria in this NOFO. Applications from ineligible applicants are not rated or ranked and will not receive HUD funding.

### 2. Resolution of Civil Rights Matters

Applicants with outstanding, unresolved judgments against them for violations of civil rights laws must resolve those judgments before the application submission deadline or the applicant will be deemed ineligible.

a. An applicant is ineligible for funding if the applicant has received notice of a judgment imposed against them for violations of:

1. the Fair Housing Act or a substantially equivalent state or local fair housing law for discrimination because of race, color, religion, sex, national origin, disability or familial status; or

2. Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Section 109 of the Housing and Community Development Act of 1974, the Americans with Disabilities Act, or the Violence Against Women Act or substantially equivalent state or local laws.

b. HUD will determine if actions to resolve the judgment taken before the application deadline date will resolve the matter. Examples of actions that may be sufficient to resolve the matter include, but are not limited to:

1. Current compliance with a voluntary compliance agreement signed by all the parties;

2. Current compliance with a HUD-approved conciliation agreement signed by all the parties;

3. Current compliance with a conciliation agreement signed by all the parties and approved by the state governmental or local administrative agency with jurisdiction over the matter;

4. Current compliance with a consent order or consent decree; or

5. Current compliance with a final judicial ruling or administrative ruling or decision.

### 3. Timely Submission of Applications

Late applications are not eligible for funding. See deadlines in Section VI of this NOFO.

The proposed project must be located in a jurisdiction (state, county, city) that enforces laws and/or ordinances prohibiting urban camping or loitering, prohibiting open illicit drug use, and prohibiting urban squatting.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 24 of 58 PageID #: 87

I. Basic Information    II. Eligibility    III. Program Description    IV. Application Contents and Format    **V. Application Review Information**    VI. Submission Requirements and Deadlines    VII. Post-Award Requirements and Administration    VIII. Contact and Support    Appendix

The proposed project must be located in a jurisdiction that cooperates with Federal immigration enforcement.

## B. Merit Review

HUD expects to evaluate and score your application using the following merit criteria and process. Merit reviewers evaluate and score all applications that pass the threshold review. Merit reviewers may include Federal and non-Federal persons. Reviewers receive a copy of your application to evaluate and score each application separately.

**Merit Review Summary**

HUD will conduct a merit review on all applications that pass the threshold review. Merit reviews will be based on measuring the number of "Yes/No" responses to the criteria below. Merit review may be conducted by any HUD employees designated by the Secretary. Reviewers receive a copy of your application to evaluate and score each application separately.

## 1. Rating Factors

Your application must include a response to the following criteria.

The application is based on the Yes/No responses to the following criteria.

| | | Rating Factor | To Receive Maximum Points | Y/N |
|---|---|---|---|---|
| | | **a. Serving Elderly and Physically Disabled Individuals.** | The project is designed to house individuals over age 62 and/or is a medical respite project designed to house individuals with at least one physical disability as allowable under 24 CFR 578.93(b)(2). | |
| | | **b. Providing Robust Wraparound Services.** | The proposed project will provide regular, **on-site** supportive services to participants including case management, healthcare and behavioral health services. | |
| | | | The applicant currently | |

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 25 of 58 PageID
#: 223

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

| | | provides regular, **on-site** supportive services to participants including case management, healthcare and behavioral health services. | |
|---|---|---|---|
| | **c. Requiring Supportive Service Participation** | The proposed project will require program participants to participate in services by contract, occupancy agreement, or lease. Participation requirements must be in line with 24 CFR 578.75(h). Examples of services include case management, employment assistance and job training, life skills training, and substance abuse treatment. For the full list of supportive services see 24 CFR 578.53(e). | |
| | | The applicant currently requires program participants to participate in supportive services. | |
| | **d. Customized Supportive Service Plans** | The applicant currently provides program participants with full-time, individual, customized services. Examples of services include substance use disorder treatment, | |

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 26 of 58 PageID

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contacts and Support | Appendix |

| | | case management, job training, and life skills classes. Individuals over age 62, with a physical disability, or who have full-time employment may not be required to participate in full-time services. | |
| | **e. Promoting Recovery** | The applicant does not operate drug injection sites or "safe consumption sites," knowingly distribute drug paraphernalia on or off of property under their control, permit the use or distribution of illicit drugs on property under their control, or conduct any of these activities under the pretext of "harm reduction." | |
| | | The applicant will not operate drug injection sites or "safe consumption sites," knowingly distribute drug paraphernalia on or off of property under their control, permit the use or distribution of illicit drugs on property under their control, or conduct any of these activities under the pretext of "harm reduction." | |

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 27 of 58 PageID

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

| | **f. Reducing Returns to Homelessness.** | Fewer than 10% of the applicant's current participants who have exited the program return to homelessness within 24 months according to HMIS data or their own data system. | |
|---|---|---|---|
| | **g. Implementation** | The proposed project will be able to:<br><br>a. provide proof of site control (24 CFR 578.25) prior to execution of the grant agreement<br><br>b. demonstrate, prior to grant agreement execution, that the project is financially feasible (24 CFR 578.21(c); see Section III.G of this NOFO for more information); and<br><br>c. execute the grant agreement with HUD within the timeframe permitted.<br><br>d. have a completed environmental review before awarded funds | |

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 28 of 58 PageID
#: 551

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

| | | can be drawn for project activities; | |
| | | e. complete a subsidy layering review (SLR) in accordance with 24 CFR 578.29 and Section III.G of this NOFO; and | |
| | | f. meet the timeliness standards outlined in 24 CFR 578.85 for new construction or rehabilitation activities. | |
| | **h. Coordinating with Housing Providers, Healthcare Organizations, and Social Service Providers** | The proposed project is leveraging non-CoC funded housing resources through coordination with housing providers, and other organizations for new construction, acquisition, and rehabilitation to provide at least 50 percent of the amount being requested in the application, or the project is leveraging non-CoC funded housing resources to provide subsidies for at least 25 percent of the units that are proposed in the application. The applicant has a plan to | |

Case 1;25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 29 of 58 PageID #:

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contacts and Support | Appendix |

| | | | utilize non-federal (state, local, private) resources to support the ongoing operation of the project. | |
| | | | The proposed project has a plan and resources in place to provide wraparound supportive services to participants through written commitment from healthcare organizations, social service provider, or other organization. The value of assistance being provided is an amount that is equivalent to at least $7,500 per unit included in the proposed project. | |
| | i. Section 3 Requirement | The applicant will comply with Section 3 of the Housing and Urban Development Act of 1968 (12 U.S.C. 1701u) (Section 3) and HUD's implementing rules at 24 CFR part 75 to provide employment and training opportunities for low- and very low-income persons, as well as contracting and other economic opportunities for business that provide economic opportunities to low- | |

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 30 of 58 PageID #: 303

| | | and very low-income persons. | |
| | | This does not affect applicant's existing responsibilities to provide training, employment, and other economic opportunities pursuant to Section 3 that result from their receipt of other HUD funding. Grants to Indian Tribes are subject to Indian Preference under Section 7(b) of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 5307(b) and are not subject to Section 3 requirements. | |
| | **j. Protecting Public Safety** | The city, county, or state in which the project is located: <br><br> • Prohibits public illicit drug use and enforces such prohibition; <br><br> • Prohibits public camping or loitering and enforces such prohibition; <br><br> • Utilizes standards that address individuals who are a danger to themselves or | |

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

| | | | |
|---|---|---|---|
| | | others;<br><br>• Substantially implements and complies with SORNA, particularly in the case of registered sex offenders with no fixed address, including by adequately mapping and checking the location of homeless sex offenders. | |
| | **k. Affirming Fairness and Reality** | The applicant does not and will not promote, encourage, subsidize, or facilitate racial preferences or other forms of illegal discrimination. | |
| | | The applicant does not and will not deny the sex binary in humans or promote the notion that sex is a chosen or mutable characteristic. | |
| | **l. Cooperating with Federal Law Enforcement** | The city, county, or state in which the project is located cooperates with Federal immigration enforcement. | |
| **Certifications** | | | Y/N |
| The activities conducted by the Continuum of Care and project | | | |

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 32 of 58 PageID #: 475

I. Basic | II. Eligibility | III. Program | IV. Application | V. Application | VI. Submission | VII. Post-Award | VIII. Contact and | Appendix
Information | | Description | Contents and Format | Review Information | Requirements and Deadlines | Requirements and Administration | Support |

| | |
|---|---|
| applicant are fully compliant with all applicable laws. | |
| In the course of administering funds made under this NOFO, the Continuum of Care and project applicant will fully comply with all applicable laws. | |
| All statements made in and information provided in connection with this application are true and accurate in all regards and may be relied upon by the issuing agency. | |

**Rating Factors Details**

| Section 3 |
|---|
| If your application includes a quality Section 3 plan, you may receive up to the allowed points for this criterion. HUD will consider the following in evaluating the quality of the Section 3 plan: <br><br> • types and amounts of employment, training, and contracting opportunities to be generated as a result of proposed grant activities; <br><br> • specific actions to be taken to give Targeted Section 3 workers (as defined at 24 CFR 75.21) and Section 3 business concerns (as defined at 24 CFR 75.5) priority consideration for employment, training, contracting, and other economic opportunities in accordance with HUD's regulations at 24 CFR part 75, subparts A and C |

## 2. Policy Initiative Preference Points

Preference points are added to your overall application score. You do not need to address the policy initiatives in this section to receive an award. If you choose to address a policy initiative in your application, you must adhere to the information with any award.

### a. Opportunity Zones

If your proposed activities are within an Opportunity Zone, you may complete and submit form HUD-2996.

## 3. Other Factors

Your application must respond to the following other additional criteria.

### a. Budget

The panel will review but not approve the budget. The panel will assess whether the budget aligns with planned program activities and objectives. Panel members will consider whether the budget and the requested performance period are fully justified and reasonable in relation to the proposed project.

The budget information will be reviewed to ensure:

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 33 of 58 PageID #: 95

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

- The requested costs are eligible under the CoC Program and this NOFO.

- The total amount of funding is within the amount of funding available to the CoC as described in Section I. A.2 of this NOFO.

- Any funds requested for other eligible CoC Program costs indicated in Section IV.B.1.b of this NOFO are no more than 20 percent of the total funding requested.

- If funds are requested for project administrative costs, the amount requested is no more than 10 of the total funding requested.

## b. Certification of Consistency with the Consolidated Plan

You must make sure your application activities are consistent with your local Consolidated Plan.

The CoC must make sure project application activities are consistent with your local Consolidated Plan.

As required by 24 CFR 578.27, applicants will submit the HUD-2991 as an attachment to the project application.

## C. Risk Review

Before making an award, HUD will evaluate each applicant's likelihood of successfully implementing an award based on the following criteria.

- OMB-designated repositories of governmentwide data, as noted in 2 CFR 200.206(a)

- Financial stability

- Quality of management systems and ability to meet the management standards prescribed in 2 CFR part 200

- History of performance. The applicant's record in managing Federal awards, if it is a prior recipient of Federal awards, including timeliness of compliance with applicable reporting requirements, failing to make significant progress in a timely manner, failing to meet planned activities in a timely manner, conformance to the terms and conditions of previous Federal awards, and, if applicable, the extent to which any previously awarded amounts will be expended prior to future awards

- Reports and findings from audits performed under 2 CFR part 200, subpart F—Audit Requirements or the reports and findings of any other available audits

- The applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on non-Federal entities

- Capacity of the applicant, including staffing structures and capabilities

- History of timely completion of activities and receipt and expenditure of promised matching or leveraged funds

- Existence of evidence that the applicant promotes, encourages, subsidizes, or facilitates racial preferences or other forms of illegal discrimination or denies the sex binary in humans or promotes the notion that sex is a chosen or mutable

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 34 of 58 PageID #: 67

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

characteristic.

- Existence of evidence that the applicant operates drug injection sites or "safe consumption sites," knowingly distributes drug paraphernalia on or off of property under their control, permits the use or distribution of illicit drugs on property under their control, or conducts any of these activities under the pretext of "harm reduction."

HUD may use the results of the risk review to make funding decisions and to apply award conditions.

## D. Selection Process

When making funding decisions, HUD will consider:

- Eligibility requirements, including threshold review results.
- Merit review results.
- Risk review results.

To the extent allowed by law, HUD may:

- Fund applications in whole or in part.
- Fund applications at a lower amount than requested.
- Choose to fund no applications under this NOFO.
- Adjust funding for an application, to ensure funding or geographic dispersion, and alignment with program or administrative priorities.
- Withdraw an award offer and make an offer of funding to another eligible application, if terms and conditions are not finalized or met.
- Use additional funds made available after NOFO publication to either fully fund an application or fund additional applications.
- Correct HUD review and selection errors. If HUD commits an error that causes an applicant not to be selected, HUD may make an award to that applicant when and if funding is available.
- Release another NOFO, if funding is available and if HUD does not receive applications of merit.

HUD will conditionally select project applications based on applications using the following process:

i. HUD will determine whether the application meets the threshold requirements;

ii. HUD will then select the applications in order of submission timestamp that affirm "Yes" to all the criteria in the merit review and are from states with fewer than 2,500,000 people until $30,000,000 in awards are made. HUD may award less than that amount if an insufficient number of eligible applications from small states are received.

iii. HUD will then select the remaining applications in order of submission timestamp that

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 35 of 58 PageID #: 98

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

affirm "Yes" to all the criteria in the merit review until the total amount of funding for awards for applications is up to $75,000,000.

## E. Award Notices

If you are successful, HUD will email an award notice to the authorized official representative from the SF-424. HUD will also notify unsuccessful applicants.

The award notice communicates the amount of the award, important dates, and the terms and conditions you need to follow. HUD may impose specific conditions on an award as provided under 2 CFR 200.208.

You agree to the award terms and conditions by either drawing funds from HUD's payment system or signing the agreement with HUD. If you do not agree to the award terms and conditions, HUD may select another eligible applicant.

Under 2 CFR 200.458 pre-award costs are allowable with written approval from HUD if such costs: a) are consistent with 2 CFR 200.458; and b) would be allowable as a post-award cost; and c) do not exceed 10 percent of the total funds obligated to this award. However, HUD will not consider eligibility for pre-award costs until after the date of the HUD selection notice. Additionally, the incurrence of pre-award costs in anticipation of an award imposes no obligation on HUD either to make the award, or to increase the amount of the approved budget, if the award is made for less than the amount anticipated and is inadequate to cover the pre-award costs incurred.

For selected projects, HUD will require recordation of a HUD-approved use and repayment covenant before funds can be drawn down (the form can be obtained from the local HUD CPD field office) for all grants of funds for new construction, acquisition, and rehabilitation. (24 CFR 578.81) HUD Field Office Counsel must approve the use and repayment covenants in advance of their being recorded, and proof of recording must be submitted to HUD Field Office Counsel before HUD will release grant funds, other than acquisition funds.

If the award includes funds for acquisition, HUD may allow recipients to draw down acquisition funds before recording the Declaration of Restrictive Covenant if the HUD Field Office confirms that the escrow agent has received the Declaration of Restrictive Covenant and the recording instructions. The recipient or subrecipient may not draw down any funds other than acquisition funds until HUD Field Counsel has confirmed the Declaration of Restrictive Covenants has been recorded.

# VI. SUBMISSION REQUIREMENTS AND DEADLINES

VI. Submissions Requirements and Deadlines

    A.   Deadlines

    B.   Submission Methods

    C.   Other Submissions

    D.   False Statements

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 37 of 58 PageID #: 570

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

# VI. SUBMISSION REQUIREMENTS AND DEADLINES

You must apply electronically. See Find the Application Package to make sure you have everything you need to apply online. See Application Waiver if you qualify to submit a paper application.

Make sure you are current with SAM.gov and UEI requirements before applying for the award. See the Before You Begin section of this NOFO.

## A. Deadlines

### 1. Application submission deadline:

The application deadline is 3:00 PM Eastern time on:

09/12/2025

HUD must receive your application by the deadline. Applications received after the deadline are late. Late applications are not eligible for HUD funding.

If HUD receives more than one application from you, HUD will review only the last submission.

HUD may extend an application due date based on emergency situations such as Presidentially-declared natural disasters. Improper or expired registration and password issues are not causes to allow HUD to accept applications after the deadline date.

HUD will not consider any extensions under this NOFO.

- **Geographic Diversity**. HUD has determined that geographic diversity is an appropriate consideration in selecting projects under this NOFO. HUD believes that geographic diversity can be achieved best by awarding grants in each of HUD's ten regions. To this end, in instances where any of the ten regions do not have at least one funded project, HUD reserves the right to fund eligible project(s) with the highest total score in that region.

- **Funding Diversity.** HUD reserves the right to reduce the amount of a grant, if necessary, to ensure no more than 20 percent of assistance made available under this NOFO will be awarded to projects located within any one state. Additionally, HUD reserves the right to select up to four projects where PSH units will be located on Tribal reservations, trust lands, or in Tribal projects located in IHBG formula areas.

- **Tie Breaking Rules.** Submission timestamps will be used to determine awards for equally eligible applicants.

## B. Submission Methods

Applications under this NOFO must be submitted in *Grants.gov* by the due dates and times indicated.

**Need Help?** See the Contact and Support section of this NOFO.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 38 of 58 PageID #: 71

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

## 2. Electronic Submission Application Waiver

You may request a waiver from the requirement to submit your application electronically. The request must show good cause and detail why you are technologically unable to submit electronically. An example of good cause may include: a valid power or internet service disruption in the area of your business office. Lack of SAM.gov registration is not good cause.

Use the information in the Contact and Support section of this NOFO to submit a written request to HUD. You must **submit your waiver request at least 15 calendar days before the application deadline**.

## C. Other Submissions

### 1. Intergovernmental Review

This NOFO is not subject to Executive Order 12372. No action is needed.

### 2. Technical Application Errors

HUD may contact you to fix a technical error with your timely application after the due date. Technical errors that you may fix are not submitted to satisfy merit review criteria. And you may not fix technical errors related to threshold review except eligibility entity documentation. Examples of technical errors include: inconsistencies in funding requests; improper signature on a form; a missing or incomplete form; and nonprofit status documentation.

HUD will send notice to the authorized organization representative from the SF-424 to fix a technical error.

Your application is not eligible for funding, if you fail to fix the error to HUD's satisfaction and by the due date in HUD's notice. HUD will not review information submitted after the application due date in HUD's notice.

### a. Fix Errors in Electronic Applications

To fix an error in response to a HUD notice, you must email the corrections to HUD at CoCNOFO@hud.gov.

HUD allows 7 calendar days from the date of the HUD notice to fix an error. If the due date to fix an error falls on a Saturday, Sunday, Federal holiday, or on a day when HUD's Headquarters office in Washington, DC is closed, then the due date is the next business day.

### b. Fix Errors in Paper Applications

You must fix an error in your paper application, in accordance with HUD's notice. If your paper application includes an incorrect UEI, HUD will request you supply the correct UEI.

## D. False Statements

By submitting an application, you acknowledge your understanding that providing false or misleading information during any part of the application, award, or performance phase of an award may result in criminal, civil or administrative sanctions, including but not limited to: fines, restitution, and/or imprisonment under 18 USC 1001, 18 USC 1012, 18 USC 1010, 18 USC 1014, or 18 USC 287; treble damages and civil penalties under the False Claims Act, 31 USC 3729 et seq.; double damages and civil penalties under the Administrative False Claims

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 39 of 58 PageID #: 72

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

Act, 31 USC Sections 3801-3812; civil recovery of award funds; suspension and/or debarment from all federal procurement and non-procurement transactions, FAR Part 9.4 or 2 CFR Part 180; and other remedies including termination of active HUD award.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 40 of 58 PageID #: 73

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

# VII. POST - AWARD REQUIREMENTS AND ADMINISTRATION

VII. Post-Award Requirements and Administration

A.   Administrative, National and Departmental Policy Requirements and General Terms and Conditions

B.   Environmental Requirements

C.   Remedies for Noncompliance

D.   Reporting

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 41 of 58 PageID

I. Basic          II. Eligibility    III. Program      IV. Application    V. Application    VI. Submission      VII. Post-Award        VIII. Contact and    Appendix
Information                          Description        Contents and      Review            Requirements and   Requirements and       Support
                                                        Format            Information        Deadlines          Administration

# VII. POST-AWARD REQUIREMENTS AND ADMINISTRATION

Standard post-award requirements are available online at: 24 CFR 58.85 .

## A. Administrative, National and Departmental Policy Requirements, and General Terms and Conditions

You must follow the applicable provisions in the Administrative, National & Departmental Policy Requirements and Terms for HUD Financial Assistance – 2025. You must comply with these applicable provisions:

1. The Fair Housing Act (42 USC 3601-3619) and Civil Rights laws which encompass the Fair Housing Act and related authorities (24 CFR 5.105(a))

2. Affirmatively Furthering Fair Housing (AFFH) requirements, (42 USC § 3608(e)(5)) and implementing regulations at 24 CFR 5.150 et seq.as amended by 90 FR 11020.

3. Economic Opportunities for Low-and Very Low-income Persons (12 USC 1701u) requirements, including those listed at 24 CFR part 75

4. Compliance with Immigration Requirements (8 U.S.C. 1601-1646; Executive Order 14218)

5. Accessible Technology requirements, (29 USC § 794d, 29 USC 794, 42 USC 12131-12165) and implementing regulations at 36 CFR part 1194 (Section 508 regulations),24 CFR § 8.6 (Section 504 effective communication regulations), 28 CFR part 35, subpart H (DOJ Web Access Rule), and 28 CFR part 35, subpart E (DOJ's Title II communications regulations)

6. Ensuring, when possible, small businesses, minority businesses, women's business enterprises, veteran-owned businesses, and labor surplus area firms receive consideration consistent with 2 CFR 200.321

7. Equal Participation of Faith-based Organizations in HUD Programs and Activities consistent with 42 U.S.C. 2000bb et seq.; 42 U.S.C. 2000d et seq.; 24 CFR 5.109; and Executive Orders 14202, *Eradicating Anti-Christian Bias* and EO 14205, *Establishment of the White House Faith Office*.

8. Uniform Relocation Assistance and Real Property Acquisition Policies Act (42 USC § 4601 et seq.) (URA) requirements, 49 CFR part 24, and applicable program regulations

9. Participation in HUD-Sponsored Program Evaluation (12 USC 1701z-1; 12 USC 1702z-2; 24 CFR part 60; and FR-6278-N-01)

10. OMB Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR part 200)

11. Drug-Free Workplace requirements (2 CFR part 2429)

12. HUD requirements related to safeguarding resident/client files (e.g., 2 CFR 200.303(e))

13. The Federal Funding Accountability and Transparency Act of 2006 (2 CFR part 170) (FFATA), as amended

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 42 of 58 PageID #: 75

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

15. Accessibility for Persons with Disabilities requirements (29 USC § 794) and implementing regulations at 24 CFR parts 8 and 100; 28 CFR part 35

16. Applicable Violence Against Women Act requirements in the Housing Chapter of VAWA (34 USC § 12491-12496) 24 CFR part 5, subpart L, and program-specific regulations.

17. Conducting Business in Accordance with Ethical Standards/Code of Conduct, including 2 CFR 200.317, 2 CFR 200.318(c) and other applicable conflicts of interest requirements

18. Build America, Buy America (BABA) Act procurement purchase requirements

20. Environmental requirements that apply in accordance with 24 CFR part 50 or part 58

22. Unless prohibited by law and to the extent permitted under the Freedom of Information Act (FOIA), your application and post-award content may be released to the public in response to FOIA requests, except to the extent that certain information may be withheld under a FOIA exemption (5 USC § 552(b); 24 CFR 15.107(b)). HUD may also share your information within HUD or with other Federal agencies if HUD determines that sharing is relevant to the respective program's objectives.

23. Waste, Fraud, Abuse, and Whistleblower Protections. 41 USC § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a contractor, subcontractor, grantee, subgrantee, and personal services contractor may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing information that the employee reasonably believes is evidence of gross mismanagement of a Federal contract or grant, a gross waste of Federal funds, an abuse of authority relating to a Federal contract or grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or grant. (See Federal Contractor or Grantee Protections | Office of Inspector General, Department of Housing and Urban Development (hudoig.gov))

24. Implementing Presidential Executive Actions affecting federal financial assistance programs, as advised by the Department, unless otherwise restricted by law: Executive Order (EO) 14219 (Ensuring Lawful Governance and Implementing the President's "Department of Government Efficiency" Deregulatory Initiative); 14218 (Ending Taxpayer Subsidization of Open Borders); guidance resulting from the White House Task Force established by 14202 (Eradicating Anti-Christian Bias) and the Senior Advisor to the White House Faith Office assigned by 14205 (Establishment of the White House Faith Office); 14182 (Enforcing the Hyde Amendment); 14173 (Ending Illegal Discrimination and Restoring Merit-Based Opportunity); 14168 (Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government); 14151 (Ending Radical and Wasteful Government DEI Programs and Preferencing); and 14148 (Initial Rescissions of Harmful Executive Orders and Actions)

## B. Environmental Requirements

### 1. Environmental Review

You must follow these environmental review requirements, including regulations at:

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 43 of 58 PageID
#: 76

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact/DUNS Support | Appendix

[24 CFR part 50](#)

[24 CFR part 58](#)

Compliance with environmental requirements, including regulations at [24 CFR 50](#) or [58](#):

Notwithstanding 24 CFR 578.31 and 24 CFR 578.99(a) of the Rule, and in accordance with Section 100261(3) of MAP-21 (Pub. L. 112-141, 126 Stat. 405), activities under this NOFO are subject to environmental review by a responsible entity under HUD regulations at 24 CFR part 58 or by HUD under 24 CFR part 50.

1. Two types of projects are Categorically Excluded from review under the National Environmental Policy Act and not subject to the laws and authorities listed under 24 CFR 58.5 (CENST): All scattered-site projects where program participants choose their own unit and are not restricted to units within a pre-determined specific project site or sites are categorized in 24 CFR 58.35(b)(1) as CENST. This includes both tenant-based rental assistance and tenant-based leasing projects where program participants choose their own unit. An Exempt/CENST environmental review determination addressing the laws and authorities at 24 CFR 58.6 is only required for each project, not every unit.

2. For activities under a grant to a recipient other than a state or unit of general local government that generally would be subject to review under 24 CFR part 58, HUD may make a finding in accordance with 24 CFR 58.11(d) and may itself perform the environmental review under the provisions of 24 CFR part 50.

3. Irrespective of whether the responsible entity in accordance with 24 CFR part 58 (or HUD in accordance with 24 CFR part 50) performs the environmental review, the recipient must supply all available, relevant information necessary for the responsible entity (or HUD, if applicable) to perform for each property any required environmental review. The recipient also must carry out mitigating measures required by the responsible entity (or HUD, if applicable) or select alternative property.

4. The recipient, its project partners, and their contractors may not acquire, rehabilitate, convert, lease, repair, dispose of, demolish, or construct property for a project under this NOFO, or commit or expend HUD or Non-HUD funds for such eligible activities under this NOFO, until the responsible entity (as defined by 24 CFR 58.2(a)(7)) has completed the environmental review procedures required by 24 CFR part 58 and the environmental certification and Request for Release of Funds (RROF) have been approved or HUD has performed an environmental review under 24 CFR part 50 and the recipient has received HUD approval of the project. HUD will not release grant funds if the recipient or any other party commits grant funds (i.e., incurs any costs or expenditures to be paid or reimbursed with such funds) before the recipient submits and HUD approves its RROF (where such submission is required), or HUD has completed the environmental review under 24 CFR part 50 and notified the recipient of its approval of the project.

**Acquisition and Relocation Requirements**

The Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (URA) and its implementing regulations, implemented through the CoC program via [24 CFR](#)

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 44 of 58 PageID #: 77

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

578.83, apply to any acquisition, rehabilitation, or demolition undertaken as part of any project funded under this NOFO. Grantees are thus required to plan for relocation and displacement, provide proper notification and all applicable relocation assistance to residents and owners, comply with acquisition requirements, and keep adequate records of acquisition and relocation activities. Relocation assistance can prove costly, so it's important for grantees to minimize displacement and proactively plan for relocation costs. Grantees are encouraged to contact their HUD Regional Relocation Specialist with any questions or concerns pertaining to acquisition and relocation compliance and best practices.

## 2. NOFO Impact Determination Related to the Environment

This NOFO has no significant impact related to the environment. HUD has made a Finding of No Significant Impact (FONSI) as required by HUD regulations at 24 CFR part 50, which implement section 102(2)(C) of the National Environmental Policy Act of 1969 (42 USC § 4332(2)(c)). To learn more about this FONSI, go to HUD's Funding Opportunities web page.

## 3. Lead-Based Paint Requirements

You must follow the lead-based paint rules below if you fund any work on pre-1978 housing. This includes buying, leasing, support services, operating, or work that disturbs painted surfaces.

- HUD's rules (Lead Disclosure Rule; and Lead Safe Housing Rule).
- EPA's rules (Renovation, Repair and Painting Rule, and Lead Abatement, Inspection and Risk Assessment Rule).

You must discuss the Lead Disclosure Rule if you fund education or counseling on buying or renting housing that may have been built before 1978. You must also discuss the Lead Safe Housing Rule if the education or counseling focuses on buying or renting HUD-assisted pre-1978 housing.

## C. Remedies for Noncompliance

HUD may terminate all or a part of your award as described under 2 CFR 200.340 through 200.343 pursuant to the terms and conditions of your award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities. HUD may also impose specific conditions on your award or take other remedies as described by 2 CFR 200.339 through 200.343, if you do not comply with your award terms and conditions.

HUD may terminate all or a part of your award as described under 2 CFR 200.340 through 200.343 pursuant to the terms and conditions of your award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities. HUD may also impose specific conditions on your award or take other remedies as described by 2 CFR 200.339 through 200.343, if you do not comply with your award terms and conditions.

## D. Reporting

HUD requires recipients to submit the performance, financial, and program reports as

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 45 of 58 PageID #: 78

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

outlined below. You must comply with these reporting requirements to remain eligible for HUD funding. See Section VII.C. of this NOFO.

HUD is implementing new grants management and reporting tools, which will be rolled out for your use in the near term. As a grantee, you will be required to report on grant performance and financial activities (including vendor and cash disbursement supporting details for yourself and your sub-recipients) using these new tools when they are released. HUD will work with you to support your transition to this new reporting environment. Once implemented, timely reporting in this new environment will be mandatory. HUD reserves the right to exercise all available rights and remedies for any noncompliance with these grants management and financial reporting requirements, to include requiring 100% review or stopping future disbursements altogether if reporting is not timely submitted.

| Report | Description | When |
|---|---|---|
| Federal Funding Accountability and Transparency Act (FFATA) | • Awards equal to or greater than $30,000<br><br>• Data on executive compensation and first-tier subawards<br><br>• See Public Law 109-282 and 2 CFR part 170<br><br>• HUD reports initial prime recipient data to usaspending.gov<br><br>• Submit via SAM.gov | See 2 CFR Appendix A to Part 170(a)(2)(ii) |
| Reporting on Recipient Integrity and Performance Matters | • Total value of all current Federal awards exceeds $10,000,000 for any period of time during the period of performance of this Federal award<br><br>• See Appendix XII to 2 CFR 200<br><br>• Submit via SAM.gov | See 2 CFR Appendix-XII to Part 200 I.(d) |
| Progress Report | • Summary of progress status<br><br>• Work to be performed during the next | |

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 46 of 58 PageID #: 79

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contacts and Support | Appendix |

| Report | Description | When |
|---|---|---|
|  | reporting period<br><br>• Any anticipated risks and plans to mitigate those risks |  |
| Race, Ethnicity, and Other Data Reporting | Recipients that provide HUD-funded program benefits to individuals or families, report data on the race, color, religion, sex, national origin, age, disability, and family characteristics of persons and households funded by this program |  |
| Audited financial statement | Recipient's organizational structure, any sub-grantees or sub-recipients, and how each disbursement of grant funds was applied to an eligible cost throughout the life of the grant to receive disbursements of Federal funds. | No less than annually |

1. Program Specific Reporting Requirements.

   a. In accordance with 24 CFR 578.103, recipients must maintain records within the timeframe required, submit any reports, that HUD may require. Recipients may report the data as part of their Annual Performance Report (APR) submission to HUD. Additionally, recipients that expend $750,000 or more in 1 year in federal awards must have a single audit or program-specific audit for that year in accordance with 2 CFR part 200, subpart F.

   b. Section 3 Reporting Regulations. Recipients are required to report their Section 3 activities per 24 CFR 75.25 if funds were awarded for housing rehabilitation, housing construction, and other public construction. See HUD's Section 3 website for additional information including annual reporting requirements.

   c. Award notices may also include requirements for sub-award reporting in compliance with the requirements of the Federal Financial Assistance Accountability and Transparency Act of 2006 (Pub. L. 109-282) (FFATA) and Section 872 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Pub. L. 110-417), referred to as "Section 872." See the General Section for further information.

2. Administrative and Other Program Requirements. Federal agencies are required to

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 47 of 58 PageID #: 80

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

measure the performance of their programs. HUD captures this information from monitoring visits and APRs.

3. Timeliness Standards. All conditional funds awarded under this NOFO must be obligated by HUD by September 15, 2025. Once obligated, these funds will remain available for expenditure until September 30, 2030.

HUD reserves the right to require an earlier expenditure deadline under a grant agreement. The applicant is expected to initiate the approved project promptly in accordance with the requirements of this Section of the NOFO. Projects, and associated grant operations, may not extend beyond the availability of funds. Applicants must plan accordingly and only submit applications that can start operations in a timely manner with sufficient time to complete the post award process within the awarded grant term. Additionally, HUD will act if the recipient fails to satisfy the timeliness standards found in 24 CFR 578.85.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 48 of 58 PageID #: 81

# VIII. CONTACT AND SUPPORT

VIII. Contact and Support

A.   Agency Contact

B.   Grants.gov

C.   Sam.gov

D.   Debriefing

E.   Applicant Experience Survey

F.   Other Online Resources

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 49 of 58 PageID
#: 82

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact as Support | Appendix |

# VIII. CONTACT AND SUPPORT

Individuals who are deaf or hard of hearing, as well as individuals who have speech or communication disabilities may use a relay service. To learn more about how to make an accessible telephone call, visit the webpage for the Federal Communications Commission.

## A. Agency Contact

### 1. Program and Application Requirements

Name: Office of Community Planning and Development

Phone: 202-708-1112

Email: CoCBuilds@hud.gov

Note: HUD's assistance is limited by the standards at 24 CFR 4.26.

### 2. Paper Application Waiver Request

Name: _____

Email: CoCBuilds@hud.gov

Phone: 202-708-1112

HUD Organization: _____

Street: _____

City: _____


**HUD Reform Act.** HUD is prohibited from disclosing covered selection information during the selection process. The selection process includes NOFO development and publication, and concludes with the announcement of selected recipients of financial assistance. HUD will not assist you with completing your application.

HUD will only address requests related to paper application waiver requests via the phone number provided. All other requests or questions regarding this NOFO must use and will be directed to the email address provided.

## B. esnaps.hud.gov

CoCs, Collaborative Applicants, and project applicants that require information and technical support concerning this NOFO and the application in e-snaps may submit an inquiry to CoCNOFO@hud.gov. Starting 2 days prior to the application deadline, this email address will respond only to emergency technical support questions

## C. SAM.gov

If you need help, you can call 866-606-8220 or live chat with the Federal Service Desk.

## D. Debriefing and Appeals

1. After public announcement of awards, HUD will debrief the Collaborative Applicant upon

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 50 of 58 PageID #: 83

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

your written request. Submit your written request to the agency contact for program and application requirements in this NOFO. HUD may limit the information provided to protect the integrity of the competition.

2. You may appeal an application decision or a HUD funding decision. Email your appeal to snapsappeals@hud.gov. The subject line of your email must include the CoC Number, "Appeal Notice," and type of appeal, i.e., Participation, HUD Error, or Consolidated Plan Certification. A sample email Subject Line is, Subject: XX-500 – Appeal Notice–Consolidated Plan Certification.

24 CFR 578.35 sets forth the following types of appeals:

- **Solo Applicants.** A process for eligible project applicants that attempted to participate in their CoC planning process and believe they were denied the right to participate in a reasonable manner.

- **Denied or Decreased Funding.** A process for eligible applicants that are denied funds by HUD or that requested more funds than HUD awarded to them.

- **Consolidated Plan Certification.** A process for eligible applicants whose jurisdiction refused to provide a Certification of Consistency with the Consolidated Plan (form HUD-2990).

- **Competing CoCs.** A process when more than one CoC selects the same geographic area, for eligible applicants of lower-scoring CoCs, to appeal to HUD's decision to fund the competing CoC. Should two or more CoCs select the same geographic codes associated with formula areas during the CoC Program Registration process, HUD will use the competing CoC process provided by 24 CFR 578.35(d).

Appeals must be submitted via email to snapsappeals@hud.gov. The subject line of your email must include the CoC Number, Applicant Name, Appeal Notice, and type of appeal (i.e., Denied, Decreased, Consolidated Plan Certification). An example Subject Line is: AA-500 – Appeal Notice – Consolidated Plan Certification. HUD will not accept or consider appeals outside of those listed below, nor will it consider appeals that do not include the requirements listed in this Section.

HUD will respond to all appeals via email and will not consider any requests to reconsider funding except for the types of appeals outlined below.

a. Solo Applicant. Per the Act, "A solo applicant may submit an application to the Secretary for a grant under subsection (a) and be awarded such grant on the same basis as such grants are awarded to other applicants based on the criteria described in section 427, but only if the Secretary determines that the solo applicant has attempted to participate in the continuum of care process but was not permitted to reasonably participate. The Secretary may award such grants directly to such applicants in a manner determined to be appropriate by the Secretary."

To apply as a solo applicant, the project applicant must submit a Solo Applicant Project Application in Grants.gov by the application submission deadline of September 12, 2025 at 3:00 PM ET. Additionally, the solo applicant, Collaborative Applicant, and HUD must take the following steps (See 24 CFR 578.35 for more information):

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 51 of 58 PageID #: 84

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

1. Written Notice of Intent to Appeal. The solo applicant must submit a written notice of intent to appeal, with a copy to the CoC, with their funding application.

2. No later than 30 days after the date that HUD announces the awards, the solo applicant shall submit in writing, with a copy to the Collaborative Applicant, all relevant evidence supporting its claim. The submission shall be emailed to snapsappeals@hud.gov.

3. The CoC has 30 days from the date of its receipt of the solo applicant's evidence to respond to HUD in writing, with a copy to the solo applicant. The submission must be emailed to snapsappeals@hud.gov.

4. HUD will notify the solo applicant and the CoC of its decision within 60 days of receipt of the CoC's response.

5. If HUD finds that the solo applicant was not permitted to participate in the Continuum of Care planning process in a reasonable manner, then HUD may award a grant to the solo applicant when funds next become available and may direct the Continuum of Care to take remedial steps to ensure reasonable participation in the future. HUD may also reduce the award to the Continuum's applicant(s).

b. Denied or Decreased Funding. Eligible applicants that applied to HUD in response to this NOFO, that were either not awarded funds by HUD, or that requested more funds than HUD awarded, may appeal HUD's decision within 45 days after the final funding announcement. HUD will only consider funding or additional funding based on the CoC's maximum amount available. To appeal HUD's decision, you must submit a written appeal to HUD, with a copy to the authorized representative from the CoC's designated Collaborative Applicant, that must include evidence demonstrating HUD error and follow the instructions for submitting an appeal.

(1) For applicants that were fully denied funding for a grant, you must provide evidence that demonstrates HUD error in not awarding the grant. Your documentation must include:

a. evidence from the application supporting your claim that the application met project eligibility and project quality; and

b. evidence that you believe HUD failed to follow its selection priorities set forth in this NOFO that resulted in the project not receiving funding.

(2) If your application was denied funding due to the application being decreased to such

a level that the project was no longer feasible, documentation submitted must include:

(a) evidence from the project application supporting your claim that the project application met project eligibility and project quality thresholds set forth in the NOFO; and

(b) evidence that you believe HUD failed to follow its selection priorities set forth in this NOFO that resulted in the application not receiving funding.

3. If your application was denied funding due to the application score not being high

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 52 of 58 PageID #: 85

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

enough due to HUD error, you may appeal the application score and request funding for the project. The documentation submitted must include evidence of HUD error when calculating the application score.

4. Where HUD determines that a HUD error occurred, and you should have been awarded funding or additional funding, HUD will provide funding from the next available funds and make necessary adjustments by amending the award. HUD will reverse a decision only when you can show that HUD error caused the denial or decrease.

c. Consolidated Plan Certification. An applicant may appeal to HUD a jurisdiction's refusal to provide a certification of consistency with the Consolidated Plan.

(1) Written Appeal. With the application that is submitted by the application submission deadline, you must submit a written appeal that is attached to the application and email a copy of the appeal to the jurisdiction that denied the Certification of Consistency with the Consolidations Plan and send a copy to the authorized representative from the CoC's designated Collaborative Applicant. The written appeal must include the following information:

a. a copy of your request to the jurisdiction for the Certification of Consistency with the Consolidated Plan; and

b. a copy of the jurisdiction's response stating the reason(s) the proposed project is not consistent with the jurisdiction's Consolidated Plan in accordance with 24 CFR 91.510(c); and a statement of the reasons why the applicant believes its project is consistent with the jurisdiction's Consolidated Plan.

(2) Jurisdiction's Response. The jurisdiction will have 10 days after the receipt of your written appeal to submit a written response to HUD. The response must be sent by email to snapsappeals@hud.gov on the jurisdiction's letterhead, with a copy to you. The response must include the following information:

a. an explanation of the reason(s) originally given for refusing to provide the Certification with the Consolidated Plan; and

b. written rebuttal to any claims made by your in the written appeal.

d. HUD Decision and Notification of Decision.

1. HUD will review the appeal submissions and provide written notification, by email, of its decision to you and the jurisdiction within 45 days of the date of the receipt of the jurisdiction's response. In making its decision, HUD will consider whether you submitted the request to the appropriate certifying jurisdiction and the reasonableness of the jurisdiction's refusal to provide the certification.

2. If HUD finds the certifying jurisdiction's refusal to provide the Certification of Consistency with the Consolidated Plan was reasonable, HUD will automatically reject the application. If HUD finds the certifying jurisdiction's refusal to provide a Certification of Consistency with the Consolidated Plan was unreasonable, HUD will consider the application for funding in accordance with the review standards set forth in this NOFO.

3. If the jurisdiction failed to provide written reasons for refusal, including the reason(s)

Case 1:25-cv-00447-MSM-AEM   Document 1-1   Filed 09/11/25   Page 53 of 58 PageID #: 86

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

why the project is inconsistent with the jurisdiction's Consolidated Plan in its initial response to your request for a certification, HUD will find in your favor without further inquiry or response from the political jurisdiction.

4. HUD will provide written notification of its decision with 45 days of the date of HUD's receipt of the jurisdiction's response. If the jurisdiction failed to provide a written response, HUD will provide written notification of its decision within 55 days of the date of HUD's receipt of your response.

## E. Applicant Experience Survey

You are encouraged to provide feedback on your application experience by completing our Applicant Experience Survey. Your feedback is optional; you are not required to provide personal information. HUD may use your feedback to improve future NOFOs. Your feedback has no impact on funding decisions.

## F. Other Online Resources

You are encouraged to review the online resources for context on some of the NOFO requirements.

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 54 of 58 PageID #: 87

# **APPENDIX**

Appendix

Appendix I Definitions

TABLE OF CONTENTS

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 55 of 58 PageID #: 88

I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix

# APPENDIX

## Appendix I. Definitions

### 1. Standard Definitions

For standard definitions not listed below, refer to 2 CFR 200.1.

**Affirmatively Furthering Fair Housing (AFFH)** - statutory obligation to affirmatively further the purposes and policies of the Fair Housing Act (see also 24 CFR 5.151, as amended by 90 FR 11020).

**Authorized Organization Representative (AOR)** is the official within your organization with the legal authority to: give assurances, make commitments, submit your application to HUD, enter into agreements, and execute such documents on behalf of your organization. The AOR is not necessarily the Project Director. The AOR has defined privileges within Grants.gov.

**Consolidated Plan** has the same meaning as defined at 24 CFR part 91.

**E-Business Point of Contact (E-Biz POC)** is defined at Grants.gov.

**Eligibility requirements** are mandatory requirements for an application to be considered for funding.

**Grants.gov** is the website serving as the Federal government's central portal for searching and applying for federal financial assistance.

**Primary Point of Contact (PPOC)** is the person HUD may contact with questions about the application submitted. The PPOC is listed in item 8F on the SF-424.

**Small business** is defined as a privately-owned corporation, partnership, or sole proprietorship that has fewer employees and less annual revenue than regular-sized business. The definition of "small"—in terms of being able to apply for government support and qualify for preferential tax policy—varies by country and industry. The U.S. Small Business Administration defines a small business according to a set of standards based on specific industries. See 13 CFR part 121.

**System for Award Management (SAM)** has the same meaning as 2 CFR 25.100(b).

**Threshold Requirements** are eligibility requirements you must meet before HUD advances to a merit review of your application.

**Unique Entity Identifier (UEI)** has the same meaning as 2 CFR 25.100(a).

### 2. Program Definitions.

 a. The following definitions are defined in 24 CFR 578.3.

   1. Applicant

   2. Centralized or Coordinated Assessment System (also known as Coordinated Entry)

   3. Collaborative Applicant

   4. Continuum of Care

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 56 of 58 PageID #: 89

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contacts and Support | Appendix |

5. Consolidated Plan

6. Homeless Management Information System (HMIS)

7. HMIS Lead

8. Homeless. Although not reflected in the regulation, section 605 of the Violence Against Women Reauthorization Act of 2022 amended Section 103(b) of the McKinney-Vento Homeless Assistance Act and requires HUD to consider certain individuals and families as homeless. This amendment took effect on October 1, 2022. Notwithstanding anything to the contrary contained elsewhere in this NOFO, where 24 CFR 578.3 of the homeless definition, paragraph (4) is referenced, you may apply to serve the population as defined in Section 103(b) of the Act.

9. Permanent Housing

10. Permanent Supportive Housing

11. Private Nonprofit Organization

12. Program Participant

13. Project

14. Recipient

15. Subrecipient

16. Unified Funding Agency

17. Victim Service Provider

b. CoC Builds NOFO Concepts. The following terms are not found in 24 CFR 578.3 but are used in other areas of the Rule or are used in this NOFO to define concepts that pertain specifically to this NOFO.

1. Adaptive Reuse. Refers to the process of reusing an existing building for a purpose other than which it was originally built or designed for. It is also known as recycling and conversion. Adaptive reuse is an effective strategy for optimizing the operational and commercial performance of built assets. Where possible, consider existing vacant structures that were initially designed for use other than housing (e.g., used as office space) if requesting funds for rehabilitation or acquisition where the structure can be cost-effectively restructured to create new PH-PSH units for individuals and families experiencing homelessness.

2. Annual Renewal Demand (ARD) (24 CFR 578.17(b)(2)). The total amount of all the CoC's projects that were eligible for renewal in the FY 2023 CoC Program Competition, before any required adjustments to funding for rental assistance, and operating Budget Line Items (BLIs) based on FMR changes.

3. Consolidated Plan Certification. The standard form HUD-2991, *Certification of Consistency with the Consolidated Plan* in which a state or local official certifies the proposed project, and activities are consistent with the jurisdiction's Consolidated Plan and, if the project applicant is state or unit of local government, that the jurisdiction is following its Consolidated Plan per the requirement of 24 CFR part 91.

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 57 of 58 PageID #: 90

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

4. Final Pro Rata Need. (24 CFR 578.17(b)(3)). The higher of Preliminary Pro Rata Need (PPRN) or ARD for the CoC is the FPRN, which determines the amount of CoC Builds funds a project can apply for through this NOFO.

5. Formula. Defined in 24 CFR 578.17(a).

6. Formula Area. Defined in the Indian Housing Block Grant Program at 24 CFR 1000.302.

7. Indian Tribe. A federally recognized Tribe or a State recognized Tribe as defined in Section 4 of NAHASDA (25 U.S.C. 4103).

8. Low-income Housing Tax Credit. Provides a tax incentive to construct or rehabilitate affordable rental housing for low-income households.

9. Reservation. For purposes of this NOFO, reservations are a type of formula area as specifically delineated under HUD's IHBG program at 24 CFR 1000.302.

10. Rural Area. For this competition, a rural area is a county which:

   a. has no part of it within an area designated as a standard metropolitan statistical area by the office of Management and Budget;

   b. is within an area designated as a metropolitan statistical area or considered as part of a metropolitan statistical area and at least 75 percent of its population is local on U.S. Census blocks classified as non-urban; or

   c. is located in a state that has a population density of less than 30 persons per square mile (as reported in the most recent decennial census), and of which at least 1.25 percent of the total acreage of such State is under Federal jurisdiction, provided that no metropolitan city in such State is the sole beneficiary of the grant amounts awarded under this NOFO. A metropolitan city means a city that was classified as a metropolitan city under section 102(a) of the Housing and Community Development Act of 1974 (42.U.S.C. 5302(a)) for the fiscal year immediately preceding the fiscal year for which Emergency Solutions Grants program funds are made available.

11. Tribal Project. A Tribal project is a project in which CoC Builds funds will be used for PSH units designed to benefit Tribal communities or Tribal members.

12. Tribally Designated Housing Entity. For purposes of this NOFO, this term has the same meaning as in Section 4 of NAHASDA (25 U.S.C. 4103).

13. Trust land. For purposes of this NOFO, trust lands are a type of formula area as delineated under HUD's IHBG program at 24 CFR 1000.302.

c. CoC Geographic Area. 24 CFR 578.5 requires representatives from relevant organizations within a geographic area to establish a CoC to carry out the duties within the geographic area. The boundaries of identified CoC geographic areas cannot overlap, and any overlapping geographies are considered Competing CoCs. HUD follows the process at 24 CFR 578.35(d) to determine which CoC HUD will recognize in the case of CoC geographic areas that overlap. For the CoC Builds competition, there are no Competing CoCs.

   a. Centralized or Coordinated Assessment System. In general, 24 CFR 578.23(c)(9) and

Case 1:25-cv-00447-MSM-AEM    Document 1-1    Filed 09/11/25    Page 58 of 58 PageID #: 91

| I. Basic Information | II. Eligibility | III. Program Description | IV. Application Contents and Format | V. Application Review Information | VI. Submission Requirements and Deadlines | VII. Post-Award Requirements and Administration | VIII. Contact and Support | Appendix |

(11) require all CoC program recipients and subrecipients to use the centralized or coordinated assessment system (coordinated entry) established by CoCs. The definition of Centralized or Coordinated Assessment is found at 24 CFR 578.3. 24 CFR 578.7(a)(8) details the responsibilities of the CoC to establish and operate this required system. In addition to the definition and responsibilities established in the Rule, HUD posted on its website, CPD-17-01: Notice Establishing Additional Requirements for a Continuum of Care Centralized or Coordinated Assessment System, establishing additional requirements related to the development and use of a centralized or coordinated entry assessment system. These systems help communities assess the needs of program participants and effectively match individuals and families experiencing homelessness with the most appropriate resources available to address their supportive service and housing needs. CoCs must operate the system with CoC Program funds, other funds, or a combination of the two. Section 578.23(c)(9) of the CoC Program Rule exempts a victim service provider from using the CoC's centralized or coordinated assessment system if victim service providers use a centralized or coordinated assessment system that otherwise meets HUD's requirements.

e. CoC Program Components. 24 CFR 578.37 states CoC funds may be used to pay for the eligible costs listed in 24 CFR 578.39 through 578.63 when used to establish and operate projects under five components: Permanent Housing – Permanent Supportive Housing (PH-PSH) or Rapid Rehousing (PH-RRH); Transitional Housing (TH); Supportive Services Only (SSO); Homeless Management Information System (HMIS); and in some cases, homelessness prevention.

Only designated high performing communities (HPCs) may carry out homelessness prevention activities through the CoC Program. No CoCs have applied for or been designated as a HPC, thus none of the funds in this NOFO can be used for homelessness prevention.

For this NOFO, the following will be considered for funding:

- new PH-PSH which must include a capital costs budget for new construction, acquisition, or rehabilitation; and

- the application may also request no more than 20 percent of an award for CoC Program eligible activities and costs associated with such new PH-PSH projects (see Section IV.G.1 of this NOFO), and no more than 10 percent for administrative costs.

f. Collaborative Applicant. HUD will only review CoC Builds project applications submitted by the CoC-designated Collaborative Applicants. Each CoC-designated Collaborative Applicant may only submit one CoC Builds application. However, if a CoC is working with a Tribe or TDHE to provide units of PSH on Tribal reservations or trust land, two applications may be submitted by the CoC-designated Collaborative Applicant, one for the CoC's geographic area not including the Tribal reservations or trust lands and one where the units will be located on Tribal reservations, trust lands, or in Tribal projects located in IHBG formula areas.

g. Coordination with Housing and Healthcare. The Consolidated Appropriations Act, 2023 and the Consolidated Appropriations Act, 2024 that authorized these funds directs HUD to provide incentives to create project that coordinate with housing providers, healthcare organizations, and social service providers to provide permanent supportive housing.