## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END
HOMELESSNESS., *et al.*,

    *Plaintiffs*,

v.

SCOTT TURNER, in his official capacity as
Secretary of the United States Department of
Housing and Urban Development, *et al.*,

    *Defendants*.

Case No. 25-447

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs, the National Alliance to End Homelessness, on behalf of its members, and the Women's Development Corporation, a Rhode Island nonprofit that develops and operates quality, affordable housing, hereby move for a temporary restraining order under Federal Rule of Civil Procedure 65 regarding a Funding Opportunity for Continuum of Care Builds Funds announced by Defendant Department of Housing and Urban Development on September 5, 2025 (Funding Opportunity Number FR-6902-N-25A, available at https://files.simpler.grants.gov/opportunities/23e87946-467a-486f-b6c5-db8c6b3c2317/attachments/e1587989-e380-4704-b24d-83acc0128ff3/CoC-Builds-NOFO_FR-6902-N-25A.pdf). As set forth in the attached memorandum, Defendants are awarding these funds on a first-come, first-serve basis, pursuant to unlawful criteria and an unlawful process. Applications are due by September 12 at 3pm Eastern Time, *id*. at 1, and HUD has committed to completing this obligation by September 15, 2025. *Id*. at 46. Accordingly, to preserve these funds, the status quo, and their opportunity to obtain through this litigation the relief of being

able to apply for these funds pursuant to a lawful criteria, Plaintiffs respectfully request that the Court issue the following relief immediately, and no later than September 14, 2025:

1. Enjoin Defendant Scott Turner and Defendant Department of Housing and Urban Development, and any person in active concert or participation with those parties, from awarding, obligating, disbursing, or otherwise making unavailable any HUD Continuum of Care Builds funds pursuant to the Funding Opportunity for Continuum of Care Builds Funds announced on September 5, 2025 (Funding Opportunity Number FR-6902-N-25A).

2. Suspend the statutory lapse of the funds at issue in this Funding Opportunity ($75 million appropriated for award under the HUD Continuum of Care Builds program) pending further order of the Court.

3. Order Defendants to maintain the funds at issue in this Funding Opportunity ($75 million appropriated for award under the HUD Continuum of Care Builds program) pending further order of the Court.

4. Order Defendants, within 24 hours of entry of a temporary restraining order, to file a notice confirming that they have informed relevant officials of the temporary restraining order, and within 3 business days of that order report to the Court that they have taken whatever steps are necessary to comply with that temporary restraining order.

Plaintiffs also respectfully request expedited consideration of this motion and are available for a hearing.

September 11, 2025                           Respectfully submitted,

                                             */s/ Amy R. Romero*

Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*/s/ Kristin Bateman*
Kristin Bateman (Cal. Bar No. 270913)+ ^
Yenisey Rodriguez (D.C Bar No. 1600574)^
Kristen Miller (D.C. Bar No. 229627)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
yenisey.rodriguez@democracyforward.org
consultantkmiller@democracyforward.org
rthurston@democracyforward.org

*/s/ Antonia K. Fasanelli*
Antonia K. Fasanelli (DC Bar No. 481856) ^
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC  20036
(202) 638-2535
afasanelli@homelesslaw.org

*/s/ Lynette Labinger*
Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*Counsel for Plaintiffs*

^ *Pro hac vice* motion forthcoming
+ Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document, the attached memorandum in support, and all attached supporting exhibits and documents, via the ECF system on the 11th day of September, 2025, that these documents are available for viewing and downloading to all counsel of record, and that I provided the same documents by email to: Diane Kelleher and Alex Haas of the U.S. Department of Justice, Civil Division, Federal Programs Branch, diane.kelleher@usdoj.gov and alex.haas@usdoj.gov, and Kevin Bolan of the U.S. Attorney's Office for the District of Rhode Island, kevin.bolan@usdoj.gov.

/s/ Amy R. Romero
Amy R. Romero