IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, et. al, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT TURNER, *et al.*, <br><br> *Defendants*. | Case No. 25-447 |

**NOTICE OF COMPLAINCE WITH PARAGRAPH FIVE**
**OF THE TEMPORARY RESTRAINING ORDER**

Consistent with the notice requirements of the Court's September 14, 2025 Temporary Restraining Order (Order), notice of the Order was provided "to all appropriate officials at Defendants, including but not limited to officials at the Office of General Counsel and Office of Community Planning and Development and, as proper, Defendants' employees, and anyone acting in concert with them." Order at ¶ 5.

Dated: September 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Joshua N. Schopf*
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*