# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END
HOMELESSNESS., *et al.*,

    *Plaintiffs*,

v.

SCOTT TURNER, in his official capacity as
Secretary of the United States Department of
Housing and Urban Development, *et al.*,

    *Defendants*.

Case No. 25-447

## JOINT MOTION FOR BRIEFING SCHEDULE AND TO CLARIFY TEMPORARY RESTRAINING ORDER

Plaintiffs the National Alliance to End Homelessness and Women's Development Corporation (collectively, Plaintiffs) and Defendants Scott Turner and the U.S. Department of Housing and Urban Development (collectively, Defendants) jointly move for a briefing schedule for further proceedings in this case and to clarify the temporary restraining order, as set forth more fully below.

On September 12, this Court granted Plaintiffs' motion for a temporary restraining order. That order, among other things, bars Defendants from awarding funds pursuant to the Funding Opportunity for Continuum of Care Builds funds announced on September 5, 2025, and suspends the statutory lapse of the funds at issue in that Funding Opportunity. (ECF No. 14) The Court instructed the parties to confer to determine a briefing schedule for further proceedings in this case.

In the interest of conserving the Court's and the parties' resources, Plaintiffs and Defendants propose forgoing proceedings on further preliminary relief and that this case proceed expeditiously to cross-motions for summary judgment.

To that end, the parties jointly move for the Court to enter the attached proposed clarified temporary restraining order, which revises paragraph 6 to make express that the temporary restraining order remains in effect until further order of the Court. In addition, Defendants do not intend to appeal the temporary restraining order.

For the cross-motions for summary judgment, the parties propose that the Court enter the following schedule:

- October 17, 2025: Defendants produce administrative record
- October 27, 2025: Plaintiffs file motion for summary judgment
- November 10, 2025: Defendants file combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment
- November 24, 2025: Plaintiffs' file combined reply and opposition to Defendants' cross-motion for summary judgment
- December 4, 2025: Defendants' reply

The parties welcome an in-person hearing at the Court's convenience and are available December 15-22, 2025.

September 22, 2025                                  Respectfully submitted,

                                                    */s/ Kristin* Bateman
                                                    Kristin Bateman (Cal. Bar No. 270913)+ ^
BRETT A. SHUMATE                                    Yenisey Rodriguez (D.C Bar No. 1600574)^
Assistant Attorney General, Civil Division          Kristen Miller (D.C. Bar No. 229627)^

JOSEPH E. BORSON                                    Robin F. Thurston (D.C. Bar No. 1531399)^
Assistant Branch Director                           Democracy Forward Foundation
Federal Programs Branch                             P.O. Box 34553
                                                    Washington, D.C. 20043
                                                    (202) 448-9090
*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF (D.C. Bar 465553)                  kbateman@democracyforward.org
Trial Attorney                                      yenisey.rodriguez@democracyforward.org

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

consultantkmiller@democracyforward.org
rthurston@democracyforward.org

Antonia K. Fasanelli (DC Bar No. 481856) ^
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC  20036
(202) 638-2535
afasanelli@homelesslaw.org

Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*Counsel for Plaintiffs*

^ Admitted pro hac vice
+ Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document, and all attached supporting documents, via the ECF system on the 22nd day of September, 2025, that these documents are available for viewing and downloading to all counsel of record.

/s/ Kristin Bateman
Kristin Bateman