# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-00447 |

## PROPOSED ORDER

Mary S. McElroy, United States District Judge.

Upon consideration of the Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 2), the Court concludes that Plaintiffs have established a strong likelihood of success on the merits, irreparable harm, and that the balance of equities and public interest favor the Plaintiffs. The Court made these findings based on their Motion for Temporary Restraining Order (ECF No. 2) and accompanying declarations attached as well as the hearing held on September 12, 2025. Therefore, for good cause shown, and as stated at the hearing and for the reasons stated at that hearing, the Court GRANTED the Plaintiffs' Motion for TRO (ECF No. 2) on September 12, 2025.  It is:

1. ORDERED that the Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 2) is GRANTED; it is further

2. ORDERED that Defendants, their employees, and anyone acting in concert with them, are and until further order of this Court shall remain ENJOINED from

awarding, obligating, disbursing, processing or otherwise making unavailable any HUD Continuum of Care Builds funds pursuant to the Funding Opportunity for Continuum of Care Builds Funds announced on September 5, 2025 (Funding Opportunity Number FR-6902-N-25A); it is further

3. ORDERED that the statutory lapse of the funds at issue in this Funding Opportunity ($75 million appropriated for award under the HUD Continuum of Care Builds program) is suspended pending further order of the Court; it is further

4. ORDERED that Defendants maintain the funds at issue in this Funding Opportunity ($75 million appropriated for award under the HUD Continuum of Care Builds program), and not return the funds to the U.S. Treasury, pending further order of the Court; it is further

5. ORDERED that Defendants shall immediately provide notice of this Order to all appropriate officials at Defendants, including but not limited to officials at the Office of General Counsel and Office of Community Planning and Development and, as proper, Defendants' employees, and anyone acting in concert with them. Defendants shall file a confirmation of the dissemination of that notice on the docket within 72 hours of its dissemination; it is further

6. ORDERED that this Order is consistent with the Court's entry of the TRO at the hearing, is immediately effective, and shall remain in effect until further order of the Court.

IT IS SO ORDERED.

_____
Mary S. McElroy,
United States District Judge

September ___, 2025