IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END
HOMELESSNESS, et. al,

          *Plaintiffs*,

v.

SCOTT TURNER, *et al.*,

          *Defendants*.

Case No. 25-447

**MOTION FOR A STAY OF CURRENT DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of current deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the U.S. Department of Housing and Urban Development HUD). The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and HUD employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of current deadlines until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that the plaintiffs oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of current deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 3, 2025               Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Joshua N. Schopf*
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*