# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END HOMELESSNESS., *et al.*,

    *Plaintiffs*,

v.

SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*,

    *Defendants*.

Case No. 25-447

## JOINT MOTION TO WAIVE STATEMENTS OF UNDISPUTED FACTS

Plaintiffs the National Alliance to End Homelessness and Women's Development Corporation (collectively, Plaintiffs) and Defendants Scott Turner and the U.S. Department of Housing and Urban Development (collectively, Defendants) jointly move to waive the requirement that the parties submit Statements of Undisputed facts and responses thereto pursuant to Local Civ. R. 56(a).

The disputed issues in this case are largely legal in nature, the government has produced an administrative record to which the parties will cite, and the parties will fully address any factual issues in their summary judgment briefs and attached exhibits. No discovery is expected in this case.

November 10, 2025

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JOSEPH E. BORSON

Respectfully submitted,

*/s/ Kristin* Bateman
Kristin Bateman (D.C. Bar No. 90037068)^
Yenisey Rodriguez (D.C Bar No. 1600574)^
Kristen Miller (D.C. Bar No. 229627)^
Robin F. Thurston (D.C. Bar No. 1531399)^

<div style="display: flex;">
<div>

Assistant Branch Director
Federal Programs Branch

/s/ *Joshua N. Schopf*
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

</div>
<div>

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
yenisey.rodriguez@democracyforward.org
consultantkmiller@democracyforward.org
rthurston@democracyforward.org

Antonia K. Fasanelli (DC Bar No. 481856)^
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC  20036
(202) 638-2535
afasanelli@homelesslaw.org

Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*Counsel for Plaintiffs*

^ Admitted pro hac vice

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document, and all attached supporting documents, via the ECF system on the 10th day of November, 2025, that these documents are available for viewing and downloading to all counsel of record.

/s/ Kristin Bateman
Kristin Bateman