# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-00447 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs hereby move the Court for summary judgment with respect to all claims set forth in their First Amended Complaint, for the reasons set forth in the accompanying Memorandum in Support of Motion for Summary Judgment.

Plaintiffs request that the Court (1) declare unlawful, vacate, and set aside the September 5 NOFO, the New Criteria, and the one-week application period; (2) permanently enjoin Defendants, their agents, and all persons acting in concert or participation with Defendants from imposing or implementing the New Criteria, or any substantively similar criteria, on any HUD CoC Builds awards in any manner, including by requiring applicants to meet the criteria to be considered for an award or to receive an award, by considering those criteria in selecting awardees, or by requiring grantees to comply with such criteria upon obtaining an award; (3) compel Defendants to award expeditiously, pursuant to lawful criteria and process, the $75 million that Congress appropriated for one-time awards under the CoC program for permanent

1

supportive housing; and (4) continue exercising its equitable authority to preserve the appropriated CoC Builds funds for award pending Defendants' compliance with the Court's order requiring lawful award of the funds.

In support of the motion, Plaintiffs rely on the accompanying Memorandum; Excerpts of Administrative Record; Declarations of Ann Marie Oliva, Frank Shea, and Jennifer Hill; the pleadings and papers on file in this action; and any argument and evidence presented at the hearing of this motion.

Pursuant to Local Rule 7(c), Plaintiffs request oral argument for this motion.

November 13, 2025

Respectfully submitted,

/s/ Kristin Bateman
Kristin Bateman (D.C. No. 90037068)^
Yenisey Rodriguez (D.C Bar No. 1600574)^
Kristen Miller (D.C. Bar No. 229627)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
yenisey.rodriguez@democracyforward.org
consultantkmiller@democracyforward.org
rthurston@democracyforward.org

/s/ Amy R. Romero
Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*/s/ Antonia K. Fasanelli*
Antonia K. Fasanelli (DC Bar No. 481856) ^
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC  20036
(202) 638-2535
afasanelli@homelesslaw.org

*/s/ Lynette Labinger*
Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*Counsel for Plaintiffs*

^ Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically filed the within document, and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ *Kristin Bateman*
Kristin Bateman