IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et Al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>*Defendants*. | Case No. 25-447 |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56(a). Accompanying this motion is a memorandum of points and authorities in support of the motion. Defendants respectfully request that the Court grant the motion for the reasons described in the memorandum.

Under DRI LR 7(c), Defendants defer to the Court regarding the necessity for a hearing on this motion and the length of that hearing.

Dated: December 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Directors*

<u>/s/  *Joshua N. Schopf*  </u>
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov


*Counsel for Defendants*