**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| **National Alliance to End Homelessness**, et al  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | C.A. No. 1:25-cv-00447-MSM |
| v.  ) | |
| ) | |
| **United States Department of Housing and Urban Development**, et al  ) | |
| ) | |
| Defendant.  ) | |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 3/31/2026.

Enter:
/s/ C. Potter
Deputy Clerk
Dated 4/29/2026