**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS and WOMEN'S DEVELOPMENT CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT TURNER, in his official capacity as the Secretary of the United States Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Case No. 25-cv-447-MSM-AEM |

**<u>NOTICE OF APPEAL</u>**

All Defendants in this action—U.S. Department of Housing and Urban Development and Eric Scott Turner, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's March 31, 2026 memorandum and order granting partial summary judgment to plaintiffs (Dkt. 31) and the Court's April 29, 2026 judgment entered in accordance with that memorandum and order (Dkt. 32).

Respectfully submitted,

Dated: June 29, 2026

BRETT A. SHUMATE
  *Assistant Attorney General*

JOSEPH E. BORSON
  *Assistant Branch Director*

 */s/ Joshua N. Schopf*
JOSHUA N. SCHOPF (D.C. BAR 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

2