# United States Court of Appeals
## For the First Circuit

No. 26-1767

NATIONAL ALLIANCE TO END HOMELESSNESS; WOMEN'S DEVELOPMENT CORPORATION,

Plaintiffs - Appellees,

v.

SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Defendants - Appellants.

**JUDGMENT**

Entered: August 28, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier
Kevin M. Bolan
Sarah Clark Griffin
Lynette J. Labinger
Amy Retsinas Romero
Kevin Love Hubbard
Kristin Bateman
Robin F. Thurston