**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-00447-MSM-AEM |

**PLAINTIFFS' MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

Plaintiffs the National Alliance to End Homelessness and Women's Development Corporation hereby move for their attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $120,250, plus any additional amounts for time spent obtaining resolution of this motion, as supported by the Declarations of the plaintiffs and their counsel and for the reasons set forth in their accompanying memorandum. This is in addition to the costs Plaintiffs seek in their pending bill of costs filed on April 30, 2026 (Dkt. No. 33).

Plaintiffs further move that the award be made to their counsel and that the Court approve the sharing of the tribunal-approved award with the American Civil Liberties Union Foundation of Rhode Island as consistent with this Court's decision in *Inmates of RI Training School v. Martinez*, 465 F. Supp. 2d 131 (D.R.I. 2006) and Rhode Island Rules of Professional Conduct. 5.4(a)(4).

September 25, 2026

Respectfully submitted,

/s/ Kristin Bateman
Kristin Bateman (D.C. No. 90037068)^
Yenisey Rodríguez (D.C Bar No. 1600574)^
Kristen Miller (D.C. Bar No. 229627)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
yenisey.rodriguez@democracyforward.org
consultantkmiller@democracyforward.org
rthurston@democracyforward.org

Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
Lawyers' Committee for Rhode Island
56 Pine Street, Suite 200
Providence, RI 02903
(401) 238-3953
Amy@lawyerscommitteeri.org
Kevin@lawyerscommitteeri.org

Antonia K. Fasanelli (DC Bar No. 481856)^
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org

Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*Counsel for Plaintiffs*

^ Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically filed the within document, and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ *Kristin Bateman*
Kristin Bateman