**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,

*Plaintiffs*,

v.

SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*,

*Defendants*.

Case No. 25-cv-00447-MSM-AEM

**INDEX OF EXHIBITS**

Declaration of Ann Marie Oliva (National Alliance to End Homelessness)

Declaration of Frank Shea (Women's Development Corporation)

Declaration of Kristin Bateman (Democracy Forward Foundation)

- Exhibit A: Democracy Forward Foundation attorney biographies
- Exhibit B: Time records of Kristin Bateman and Robin Thurston
- Exhibit C: Time records of Yenisey Rodríguez
- Exhibit D: Time records of Kristen Miller

Declaration of Amy R. Romero (Lawyers' Committee for Rhode Island)

- Exhibit A: Time records of Amy R. Romero
- Exhibit B: Time records of Kevin Love Hubbard

Declaration of Lynette Labinger (ACLU of Rhode Island)

- Exhibit A: Time records

Declaration of Antonia Fasanelli (National Homelessness Law Center)

- Exhibit A: Time records of NHLC attorneys