# DECLARATION OF ANN MARIE OLIVA

I, Ann Marie Oliva, declare pursuant to 28 U.S.C. § 1746 that:

1. I am the CEO of the National Alliance to End Homelessness (the Alliance), a plaintiff in *National Alliance to End Homelessness v. Turner*, No. 25-cv-447 (D.R.I.).

2. I have personal knowledge of the facts contained in this declaration. If called upon to testify, I could and would testify competently as to the truth of the facts in this declaration.

3. The Alliance is a nonprofit organization as described in of the Internal Revenue Code of 1986 (26 U.S.C. § 501(c)(3)) and is exempt from taxation under section 501(a) of such Code. The Alliance has fewer than 500 employees.

4. The Alliance does not owe any debt to the United States government.

5. The Alliance has assigned to Democracy Forward Foundation any and all rights the Alliance may have to receive attorneys' fees and costs awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in this matter, to be allocated by and among co-counsel and their sponsoring organizations in accordance with a separate agreement between them and in accordance with applicable law.

6. The Alliance authorizes the United States government to pay any such award directly to Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of September, 2026

Ann Marie Oliva
Chief Executive Officer
National Alliance to End Homelessness