# DECLARATION OF FRANK SHEA

I, Frank Shea, declare pursuant to 28 U.S.C. § 1746 that:

1. I am the Executive Director of the Women's Development Corporation, a plaintiff in *National Alliance to End Homelessness v. Turner*, No. 25-cv-447 (D.R.I.).

2. I have personal knowledge of the facts contained in this declaration. If called upon to testify, I could and would testify competently as to the truth of the facts in this declaration.

3. WDC is a nonprofit organization as described in of the Internal Revenue Code of 1986 (26 U.S.C. § 501(c)(3)) and is exempt from taxation under section 501(a) of such Code. WDC has fewer than 500 employees.

4. WDC does not owe any debt to the United States government.

5. WDC has assigned to Democracy Forward Foundation, Amy R. Romero and Kevin Love Hubbard, on behalf of Lawyers' Committee for Rhode Island and Lynette Labinger, as cooperating counsel for ACLU Foundation of Rhode Island, any and all rights WDC may have to receive attorneys' fees and costs awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in this matter, to be allocated by and among co-counsel and their sponsoring organizations in accordance with a separate agreement between them and in accordance with applicable law.

6. WDC authorizes the United States government to pay any such award directly to Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September, 2026

Frank Shea
Executive Director
Women's Development Corporation