**DECLARATION OF KRISTIN BATEMAN**

I, Kristin Bateman, declare pursuant to 28 U.S.C. § 1746 that:

1. I am a Senior Counsel at Democracy Forward Foundation. I served as the lead litigator in *National Alliance to End Homelessness v. Turner*, No. 25-cv-447 (D.R.I.), and am counsel to all plaintiffs in that case.

2. I am over eighteen years old, of sound mind, and fully competent to make this declaration. The matters stated in this declaration are based on my personal knowledge, my review of official records, and information I acquired in the course of performing my official duties.

3. I submit this Declaration in support of the motion for attorneys' fees submitted by the plaintiffs, the National Alliance to End Homelessness and Women's Development Corporation.

4. Plaintiffs request $120,250 in attorneys' fees for 464.95 hours of time attorneys expended on this matter. This request covers time expended by attorneys at Democracy Forward Foundation, as well as co-counsel at the Lawyers' Committee for Rhode Island, American Civil Liberties Union of Rhode Island, and National Homelessness Law Center.

5. The accompanying Exhibits B–D set forth the contemporaneously recorded time records of attorneys for Democracy Forward Foundation, Kristin Bateman, Robin Thurston, Yenisey Rodríguez, and Kristen Miller, with edits to the description of services to remove privileged or otherwise confidential information. The detailed account excludes time spent by paralegals and legal support staff to cite-check filings, prepare tables of authorities, prepare case-opening documents, and arrange for service. The detailed account also designates some time as "non-billable," which I have designated as such in the exercise of billing judgment.

6. Exhibits accompanying separate, concurrently filed declarations set forth detailed accounts of the time expended by attorneys for the other co-counsel organizations.

7. Democracy Forward Foundation and the case team brought significant experience to the litigation, as described in more detail in Attachment A to this declaration.

8. The time spent by the case team litigating this case was necessary and reasonable in light of the significant relief obtained. Plaintiffs challenged a notice of funding opportunity that the Department of Housing and Urban Development (HUD) released to govern the award of $75 million in funding that Congress appropriated to create new permanent supportive housing as part of HUD's Continuum of Care (CoC) program. HUD released the NOFO on a Friday afternoon, made applications due one week later, and stated that HUD would make awards three days after that. This required swift action by Plaintiffs to file this lawsuit and obtain preliminary relief on an expedited basis. That successful effort ensured that HUD did not award funds pursuant to unlawful criteria. In addition, Plaintiffs secured final relief in the case that vacated and declared invalid the NOFO and its unlawful provisions and that preserves the funds so that HUD can award them lawfully.

9. In order to obtain meaningful relief, Plaintiffs had to move the litigation quickly—which required shared responsibilities and close coordination among members of the co-counsel team.

10. The majority of the time spent on this litigation is associated with Plaintiffs' complaint, motion for a temporary restraining order, amended complaint, and motion for summary judgment (and associated reply). In addition to preparing those major filings and associated declarations, counsel spent time reviewing HUD's lengthy administrative record

(which totaled over 2000 pages), responding to a motion by HUD to stay the case in light of a lapse of appropriations, and preparing this petition for fees.

11. The full case team's time, separated by co-counsel organization, breaks down accordingly:

| **Co-Counsel Organization** | **Fee Request Hours** | **Fee (Hours x $258.63)** |
|---|---|---|
| Democracy Forward Foundation | 390.75 | $101,059.67 |
| Lawyers' Committee for Rhode Island | 46.3 | $11,974.57 |
| ACLU Foundation of Rhode Island | 12.3 | $3,181.15 |
| National Homelessness Law Center | 15.6 | $4,034.63 |
| **TOTAL** | 464.95 | $120,250.02 |

12. As explained in the memorandum of law accompanying Plaintiffs' motion, the statutory hourly rate of $125 for Equal Access to Justice Act fees, adjusted for cost-of-living increases, is $258.63.

13. While I understand that the relevant legal community may be the State of Rhode Island, I can confirm that, to the extent the rates of my locale, the District of Columbia, are applicable to the analysis, the rate sought of $258.63 per hour—as the maximum allowable rate under the EAJA—is far below the rates customarily charged by attorneys with similar or less experience in the District of Columbia for work on civil litigation of similar complexity to the matter at bar. Due to the nature of each of the Plaintiffs' attorneys' pro bono practice, none of the attorneys seeking fees has an established or customary hourly rate.

14. Applying the EAJA rate to the total billable hours reflected in the time records included with this and other declarations filed in support of Plaintiffs' motion for attorney's fees yields a total fee of $120,250.02.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of September, 2026
Washington, D.C.

Kristin Bateman
Senior Counsel
Democracy Forward Foundation

# Ex. A

# DEMOCRACY FORWARD FOUNDATION ATTORNEY BIOGRAPHIES

Democracy Forward Foundation (DFF), founded in 2016, is a nonpartisan 501(c)(3) organization dedicated to advancing democracy and social progress through litigation, policy advocacy, and regulatory engagement. Consistent with its mission, DFF has brought numerous challenges to government conduct that violates the Administrative Procedure Act (APA) and the U.S. Constitution.

Biographies of the main DFF attorneys who participated in this case are as follows:

## Kristin Bateman

Kristin Bateman has been a Senior Counsel at Democracy Forward since March 2025. There, she has represented non-profit organizations, unions, and others in litigating against government misconduct and anti-democratic policies.

Before joining Democracy Forward, she was Assistant General Counsel for Litigation at the Consumer Financial Protection Bureau, where she helped lead the team of lawyers responsible for the agency's defensive, appellate, and amicus litigation. Kristin joined the CFPB just after its founding in 2011 and handled some of the agency's highest-profile cases, including multiple separation-of-powers challenges to the agency that were ultimately resolved by the Supreme Court. Other work included successfully defending CFPB regulations and enforcement actions in district courts and courts of appeals, beating back constitutional attacks on consumer-protection statutes, and advancing the CFPB's views on novel statutory interpretation questions.

Kristin clerked for Judge Richard Paez of the U.S. Court of Appeals for the Ninth Circuit and Judge Gary Feess of the U.S. District Court for the Central District of California. She graduated magna cum laude from Harvard Law School in 2009 and summa cum laude from Georgetown University in 2003. She is a member of the District of Columbia and California bars, as well as the bars of numerous federal courts.

## Kristen Miller

Kristen Miller is a Legal Consultant who has been litigating in federal courts for eleven years. Previously she served as Counsel, and then Senior Counsel, at Democracy Forward from 2019 to 2025, where she represented nonprofits, local governments, and unions in litigation against antidemocratic and harmful government policies. Her cases have spanned a range of issues, from civil and reproductive rights to consumer protection laws and government transparency.

Before joining Democracy Forward, Kristen worked as an associate at Vinson & Elkins LLP in the Environmental and Natural Resources Group. She holds a J.D. from New York University School of Law (2015) and a B.A. in International Relations from Johns Hopkins University (2009). She is a member of the District of Columbia and New York Bars, as well as the bars of numerous federal courts.

**Yenisey Rodríguez**

Yenisey Rodríguez has been Senior Counsel at Democracy Forward since July 2025.

Prior to joining Democracy Forward, Yenisey served most recently as Senior Counsel and manager of the Achieving-Racially Equitable Communities project at the NAACP Legal Defense & Educational Fund (LDF), where she led interdisciplinary teams comprised of litigators, organizers, communication strategists, and local stakeholders in the areas of economic justice, fair housing, and political participation.

Prior to her work at LDF, Yenisey served as a senior trial attorney in the Housing and Civil Enforcement Section of DOJ's Civil Rights Division, where she investigated, litigated, and settled fair housing and fair lending matters across the country.

Yenisey also has criminal law experience. Serving as a trial attorney for the Public Defender Service for the District of Columbia, she defended indigent individuals charged with the most serious crimes, including homicide and armed robbery. As a public defender, Yenisey litigated complex pre-trial issues such as privilege, forensic science, and *Brady* violations, and prepared experts to testify. She began her legal career in private practice where she litigated complex civil cases.

Yenisey served as a law clerk for the Honorable Nelson S. Román in the Southern District of New York. She received a J.D. from Yale Law School in 2015, an M. Phil. and M. Arts in American Studies from Yale Graduate School of Arts & Sciences in 2012, and a B.A. in History with High Honors from the University of Chicago in 2006. She is a member of the District of Columbia bar.

**Robin Thurston**

Robin Thurston is a Legal Director at Democracy Forward.

Robin has been at Democracy Forward since 2017, during which time she has represented local governments, unions, and non-profit organizations in litigating against government misconduct and anti-democratic policies. She has also led Democracy Forward's regulatory advocacy work, bringing a diverse range of perspectives and expertise into federal policymaking.

Prior to joining Democracy Forward, she served as a trial attorney in the Federal Programs Branch of the Civil Division of the Department of Justice. In this position, she defended high profile challenges to government policies and programs. Earlier in her career, Robin enforced consumer protection laws at the Federal Trade Commission.

Robin clerked for the Honorable Paul L. Friedman of the United States District Court for the District of Columbia. She holds a J.D., magna cum laude, from Georgetown University Law Center (2007) and a B.A. in History with High Honors from Stanford University (2003). She is a member of the D.C. state bar, as well as the bars of numerous federal courts.

# Ex. B

**Kristin Bateman and Robin Thurston Time Records, as of 9/24/26**

**National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)**

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 09/06/2025 | CoC Builds criteria | 1:00 | | 1:00 |
| Kristin Bateman | 09/07/2025 | CoC Builds criteria | 0:15 | | 0:15 |
| Kristin Bateman | 09/08/2025 | Call w/ clients and start on complaint | 4:30 | | 4:30 |
| Kristin Bateman | 09/08/2025 | Complaint | 0:45 | | 0:45 |
| Kristin Bateman | 09/08/2025 | Complaint | 7:55 | | 7:55 |
| Kristin Bateman | 09/09/2025 | Complaint / TRO | 0:15 | | 0:15 |
| Kristin Bateman | 09/09/2025 | Complaint and TRO | 2:45 | | 2:45 |
| Kristin Bateman | 09/09/2025 | Complaint and TRO | 4:50 | | 4:50 |
| Kristin Bateman | 09/09/2025 | TRO brief | 6:15 | | 6:15 |
| Kristin Bateman | 09/10/2025 | TRO brief | 1:15 | | 1:15 |
| Kristin Bateman | 09/10/2025 | Complaint and TRO and client call | 9:40 | | 9:40 |
| Kristin Bateman | 09/10/2025 | TRO brief and other filing materials | 7:25 | | 7:25 |
| Kristin Bateman | 09/11/2025 | Finalizing / filing case | 2:05 | | 2:05 |
| Kristin Bateman | 09/11/2025 | call w external party re amicus | 0:15 | | 0:15 |
| Kristin Bateman | 09/11/2025 | Client emails, research | 0:45 | | 0:45 |
| Kristin Bateman | 09/12/2025 | Hearing prep | 0:30 | | 0:30 |
| Kristin Bateman | 09/12/2025 | Hearing prep and hearing | 7:00 | | 7:00 |
| Kristin Bateman | 09/12/2025 | Proposed TRO order | 0:30 | | 0:30 |
| Kristin Bateman | 09/12/2025 | Proposed TRO order | 0:45 | | 0:45 |
| Kristin Bateman | 09/13/2025 | Next steps | 0:20 | | 0:20 |
| Kristin Bateman | 09/15/2025 | Schedule / next steps | 0:15 | | 0:15 |
| Kristin Bateman | 09/15/2025 | Next steps | 0:20 | | 0:20 |
| Kristin Bateman | 09/15/2025 | Next steps | 0:30 | | 0:30 |
| Kristin Bateman | 09/15/2025 | NAEH - briefing sched and next steps | 0:30 | | 0:30 |
| Kristin Bateman | 09/15/2025 | Schedule / next steps | 0:25 | | 0:25 |
| Kristin Bateman | 09/16/2025 | Partner with expertise re: CoC Builds NOFO Zoom Meeting | 0:40 | | 0:40 |
| Kristin Bateman | 09/16/2025 | Talk to Amy re lit | 0:10 | | 0:10 |
| Kristin Bateman | 09/16/2025 | Plan for talking to NAEH, other injured orgs | 0:30 | | 0:30 |
| Kristin Bateman | 09/16/2025 | Next steps | 0:15 | | 0:15 |
| Kristin Bateman | 09/16/2025 | Plan next steps | 1:30 | | 1:30 |
| Kristin Bateman | 09/17/2025 | NAEH v Turner (members) | 0:45 | | 0:45 |
| Kristin Bateman | 09/17/2025 | Next steps; call w/ DOJ | 0:35 | | 0:35 |
| Kristin Bateman | 09/17/2025 | Next steps | 0:15 | | 0:15 |

**Kristin Bateman and Robin Thurston Time Records, as of 9/24/26**

**National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)**

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 09/18/2025 | Next steps | 0:20 | | 0:20 |
| Kristin Bateman | 09/18/2025 | Coordinate w/ co-counsel about next steps | 0:45 | | 0:45 |
| Kristin Bateman | 09/19/2025 | Negotiate briefing schedule; prepare joint motion | 1:00 | | 1:00 |
| Kristin Bateman | 09/22/2025 | Finalize and file motion for sched and to clarify TRO | 0:20 | | 0:20 |
| Kristin Bateman | 09/22/2025 | Call Ann Oliva re admin record | 0:10 | | 0:10 |
| Kristin Bateman | 09/22/2025 | Admin record research | 0:15 | | 0:15 |
| Kristin Bateman | 09/25/2025 | Client emails | 0:15 | | 0:15 |
| Kristin Bateman | 10/03/2025 | Review declaration template | 0:15 | | 0:15 |
| Kristin Bateman | 10/04/2025 | Shutdown research; stay opp | 2:40 | | 2:40 |
| Kristin Bateman | 10/05/2025 | Stay opp - incorporate comments | 0:15 | | 0:15 |
| Kristin Bateman | 10/06/2025 | Stay opp - incorporate comments | 0:10 | | 0:10 |
| Kristin Bateman | 10/06/2025 | Stay opp - comments and finalize | 0:20 | | 0:20 |
| Kristin Bateman | 10/06/2025 | Stay opp - incorporate comments | 0:10 | | 0:10 |
| Kristin Bateman | 10/06/2025 | Stay opp - finalize and file | 0:15 | | 0:15 |
| Kristin Bateman | 10/16/2025 | Admin record - strategy | 0:15 | | 0:15 |
| Kristin Bateman | 10/16/2025 | Research, MSJ outline | 2:05 | | 2:05 |
| Kristin Bateman | 10/17/2025 | Strategize on schedule, amending complaint | 0:30 | | 0:30 |
| Kristin Bateman | 10/18/2025 | Research | 0:15 | | 0:15 |
| Kristin Bateman | 10/19/2025 | Research; AR review | 3:15 | | 3:15 |
| Kristin Bateman | 10/19/2025 | Research | 0:45 | | 0:45 |
| Kristin Bateman | 10/20/2025 | Share AR, coordinate MSJ sched | 0:25 | | 0:25 |
| Kristin Bateman | 10/20/2025 | Research | 0:10 | | 0:10 |
| Kristin Bateman | 10/20/2025 | Research | 0:20 | | 0:20 |
| Kristin Bateman | 10/20/2025 | Call w/ Yenisey re CoC MSJ | 0:20 | | 0:20 |
| Kristin Bateman | 10/20/2025 | Research | 0:30 | | 0:30 |
| Kristin Bateman | 10/20/2025 | Research | 1:25 | | 1:25 |
| Kristin Bateman | 10/21/2025 | Research for CoC Builds MSJ | 1:45 | | 1:45 |
| Kristin Bateman | 10/21/2025 | Research for CoC Builds MSJ | 2:10 | | 2:10 |
| Kristin Bateman | 10/21/2025 | MSJ research | 2:20 | | 2:20 |
| Kristin Bateman | 10/22/2025 | Research | 0:10 | | 0:10 |
| Kristin Bateman | 10/22/2025 | Research for CoC Builds MSJ | 1:50 | | 1:50 |
| Kristin Bateman | 10/22/2025 | Research for CoC Builds MSJ | 1:40 | | 1:40 |
| Kristin Bateman | 10/23/2025 | Review Admin Record | 0:15 | | 0:15 |
| Kristin Bateman | 10/23/2025 | Review draft declarations for MSJ | 0:50 | | 0:50 |

**Kristin Bateman and Robin Thurston Time Records, as of 9/24/26**

**National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)**

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 10/25/2025 | Research, Draft MSJ | 4:50 | | 4:50 |
| Kristin Bateman | 10/26/2025 | Research, Draft MSJ | 4:25 | | 4:25 |
| Kristin Bateman | 10/30/2025 | Strategy on declarations | 0:10 | | 0:10 |
| Kristin Bateman | 10/31/2025 | Download CoC Builds admin record | 0:20 | | 0:20 |
| Kristin Bateman | 11/01/2025 | Research, Draft MSJ | 2:30 | | 2:30 |
| Kristin Bateman | 11/01/2025 | Research, Draft MSJ | 2:10 | | 2:10 |
| Kristin Bateman | 11/02/2025 | Research, Draft MSJ | 2:30 | | 2:30 |
| Kristin Bateman | 11/02/2025 | Research, Draft MSJ | 0:20 | | 0:20 |
| Kristin Bateman | 11/02/2025 | Research, Draft MSJ | 1:10 | | 1:10 |
| Kristin Bateman | 11/02/2025 | Propose plan for CoC Builds litigation | 0:40 | | 0:40 |
| Kristin Bateman | 11/04/2025 | Touch base w/ Robin | 0:15 | | 0:15 |
| Kristin Bateman | 11/04/2025 | Next steps (email co-counsel) and declarations status | 0:55 | | 0:55 |
| Kristin Bateman | 11/05/2025 | Planning, client email | 0:25 | | 0:25 |
| Kristin Bateman | 11/07/2025 | Clients emails, email DOJ re waiving SMF | 0:20 | | 0:20 |
| Kristin Bateman | 11/07/2025 | Discuss declarations | 0:15 | | 0:15 |
| Kristin Bateman | 11/08/2025 | Research, Draft MSJ | 2:00 | | 2:00 |
| Kristin Bateman | 11/08/2025 | Research, Draft MSJ | 3:15 | | 3:15 |
| Kristin Bateman | 11/09/2025 | Research, Draft MSJ | 0:30 | | 0:30 |
| Kristin Bateman | 11/09/2025 | Research, Draft MSJ | 1:25 | | 1:25 |
| Kristin Bateman | 11/09/2025 | Research, Draft MSJ | 0:50 | | 0:50 |
| Kristin Bateman | 11/09/2025 | Review declarations; emails | 0:55 | | 0:55 |
| Kristin Bateman | 11/09/2025 | Amended complaint, finalize motion to waive SUMF | 1:20 | | 1:20 |
| Kristin Bateman | 11/10/2025 | File motion on waiving SUMF | 0:10 | | 0:10 |
| Kristin Bateman | 11/10/2025 | Draft MSJ | 1:10 | | 1:10 |
| Kristin Bateman | 11/10/2025 | Draft MSJ | 1:45 | | 1:45 |
| Kristin Bateman | 11/10/2025 | Draft MSJ | 1:40 | | 1:40 |
| Kristin Bateman | 11/10/2025 | Draft MSJ | 4:25 | | 4:25 |
| Kristin Bateman | 11/11/2025 | Review admin record | 0:15 | | 0:15 |
| Kristin Bateman | 11/11/2025 | Review administrative record | 0:15 | | 0:15 |
| Kristin Bateman | 11/11/2025 | Review administrative record | 0:40 | | 0:40 |
| Kristin Bateman | 11/11/2025 | Review administrative record | 0:30 | | 0:30 |
| Kristin Bateman | 11/12/2025 | Review AR, Edit Ps section of MSJ | 1:25 | | 1:25 |
| Kristin Bateman | 11/12/2025 | MSJ edits | 4:45 | | 4:45 |
| Kristin Bateman | 11/12/2025 | MSJ edits | 4:30 | | 4:30 |

**Kristin Bateman and Robin Thurston Time Records, as of 9/24/26**

**National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)**

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 11/13/2025 | MSJ edits | 0:20 | | 0:20 |
| Kristin Bateman | 11/13/2025 | MSJ edits | 1:00 | | 1:00 |
| Kristin Bateman | 11/13/2025 | MSJ edits | 1:15 | | 1:15 |
| Kristin Bateman | 11/13/2025 | 10A claim | 0:15 | | 0:15 |
| Kristin Bateman | 11/13/2025 | MSJ edits | 1:25 | | 1:25 |
| Kristin Bateman | 11/13/2025 | Finalize, file MSJ | 2:20 | | 2:20 |
| Kristin Bateman | 11/13/2025 | Attempt to fix TOA | 0:25 | 0:25 | 0:00 |
| Kristin Bateman | 11/14/2025 | Talk to LST about TOA | 0:20 | 0:20 | 0:00 |
| Kristin Bateman | 11/14/2025 | TOA fix - w/ IT | 0:35 | 0:35 | 0:00 |
| Kristin Bateman | 11/14/2025 | Refile MSJ w/ corrected TOA | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 12/05/2025 | Review Ds' MSJ | 1:00 | | 1:00 |
| Kristin Bateman | 12/05/2025 | Review Ds' MSJ | 0:15 | | 0:15 |
| Kristin Bateman | 12/06/2025 | Review Ds' MSJ | 1:00 | | 1:00 |
| Kristin Bateman | 12/09/2025 | Draft MSJ reply | 2:00 | | 2:00 |
| Kristin Bateman | 12/10/2025 | Draft MSJ reply | 1:20 | | 1:20 |
| Kristin Bateman | 12/10/2025 | Strategy for next steps | 0:20 | | 0:20 |
| Kristin Bateman | 12/10/2025 | Draft MSJ reply | 3:20 | | 3:20 |
| Kristin Bateman | 12/10/2025 | Draft MSJ reply | 1:15 | | 1:15 |
| Kristin Bateman | 12/10/2025 | Draft MSJ reply | 0:50 | | 0:50 |
| Kristin Bateman | 12/11/2025 | Draft MSJ reply | 0:40 | | 0:40 |
| Kristin Bateman | 12/11/2025 | Draft MSJ reply | 4:15 | | 4:15 |
| Kristin Bateman | 12/11/2025 | Draft MSJ reply | 0:15 | | 0:15 |
| Kristin Bateman | 12/11/2025 | Draft MSJ reply | 2:20 | | 2:20 |
| Kristin Bateman | 12/12/2025 | Draft MSJ reply | 2:25 | | 2:25 |
| Kristin Bateman | 12/12/2025 | Draft MSJ reply | 4:40 | | 4:40 |
| Kristin Bateman | 12/12/2025 | Draft MSJ reply | 1:00 | | 1:00 |
| Kristin Bateman | 12/13/2025 | Draft MSJ reply | 4:00 | | 4:00 |
| Kristin Bateman | 12/14/2025 | Draft MSJ reply | 2:55 | | 2:55 |
| Kristin Bateman | 12/14/2025 | Draft MSJ reply | 1:30 | | 1:30 |
| Kristin Bateman | 12/15/2025 | Draft MSJ reply | 2:00 | | 2:00 |
| Kristin Bateman | 12/15/2025 | Draft MSJ reply | 1:20 | | 1:20 |
| Kristin Bateman | 12/15/2025 | Draft MSJ reply | 2:15 | | 2:15 |
| Kristin Bateman | 12/15/2025 | Draft MSJ reply | 0:25 | | 0:25 |
| Kristin Bateman | 12/15/2025 | Implement MSJ reply comments | 1:05 | | 1:05 |

**Kristin Bateman and Robin Thurston Time Records, as of 9/24/26**

**National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)**

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 12/16/2025 | MSJ reply - implement edits | 0:20 | | 0:20 |
| Kristin Bateman | 12/17/2025 | MSJ reply - implement edits; send to LST | 1:05 | | 1:05 |
| Kristin Bateman | 12/18/2025 | MSJ reply - implement edits | 0:30 | | 0:30 |
| Kristin Bateman | 12/19/2025 | Cite-check edits | 0:20 | | 0:20 |
| Kristin Bateman | 12/19/2025 | Review TOA | 0:10 | | 0:10 |
| Kristin Bateman | 12/19/2025 | Finalize and file MSJ reply | 1:00 | | 1:00 |
| Kristin Bateman | 02/02/2026 | Call re CoC Builds | 0:10 | | 0:10 |
| Kristin Bateman | 03/31/2026 | Read decision, notify people, review press | 0:50 | 0:20 | 0:30 |
| Kristin Bateman | 03/31/2026 | Review press | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 04/08/2026 | Discuss next steps w/ Amy and Lynette | 0:15 | | 0:15 |
| Kristin Bateman | 04/10/2026 | Email about EAJA fees for Builds | 0:10 | | 0:10 |
| Kristin Bateman | 04/10/2026 | Talk to Tory about EAJA | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 04/11/2026 | EAJA research | 1:05 | 1:05 | 0:00 |
| Kristin Bateman | 04/13/2026 | EAJA research | 1:15 | 1:15 | 0:00 |
| Kristin Bateman | 04/14/2026 | EAJA research and memo | 1:05 | 1:05 | 0:00 |
| Kristin Bateman | 04/14/2026 | EAJA memo | 1:00 | 1:00 | 0:00 |
| Kristin Bateman | 04/14/2026 | EAJA research and memo | 3:30 | 3:30 | 0:00 |
| Kristin Bateman | 04/15/2026 | Figure out time records for EAJA | 0:10 | | 0:10 |
| Kristin Bateman | 04/16/2026 | Figure out time records for EAJA | 0:30 | | 0:30 |
| Kristin Bateman | 04/17/2026 | Email re entering jdgmt in Builds | 0:10 | | 0:10 |
| Kristin Bateman | 04/17/2026 | Research costs; EAJA memo | 0:35 | 0:35 | 0:00 |
| Kristin Bateman | 04/20/2026 | Email co-co re costs | 0:05 | | 0:05 |
| Kristin Bateman | 04/20/2026 | Email co-co re costs | 0:10 | | 0:10 |
| Kristin Bateman | 04/20/2026 | EAJA memo | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 04/20/2026 | EAJA memo | 2:40 | 2:40 | 0:00 |
| Kristin Bateman | 04/21/2026 | EAJA memo | 2:15 | 2:15 | 0:00 |
| Kristin Bateman | 04/21/2026 | EAJA memo | 1:25 | 1:25 | 0:00 |
| Kristin Bateman | 04/29/2026 | Prepare bill of costs and mem of law | 1:00 | | 1:00 |
| Kristin Bateman | 04/30/2026 | Coordinate w/ co-co on planned motion for fees | 0:15 | | 0:15 |
| Kristin Bateman | 04/30/2026 | Implement edits on Costs filing | 0:05 | | 0:05 |
| Kristin Bateman | 04/30/2026 | Finalize, file bill of costs | 0:35 | | 0:35 |
| Kristin Bateman | 05/13/2026 | Review sample fee petitions | 0:20 | | 0:20 |
| Kristin Bateman | 05/13/2026 | Review sample fee petitions | 0:10 | | 0:10 |

**Kristin Bateman and Robin Thurston Time Records, as of 9/24/26**

**National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)**

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 05/13/2026 | Outline fee petition; reseach, draft argument sections on amount, timeliness | 2:00 | | 2:00 |
| Kristin Bateman | 05/13/2026 | Fee petition - Draft parties section | 0:10 | | 0:10 |
| Kristin Bateman | 05/13/2026 | Fee petition - draft argument section | 0:10 | | 0:10 |
| Kristin Bateman | 05/14/2026 | Research EAJA expenses recovery | 0:35 | | 0:35 |
| Kristin Bateman | 05/14/2026 | Draft fee petition | 1:25 | | 1:25 |
| Kristin Bateman | 05/14/2026 | Fee petition - research, draft section on substantial justification | 1:40 | | 1:40 |
| Kristin Bateman | 05/15/2026 | Draft fee petition - background section, argument section on hours | 1:05 | | 1:05 |
| Kristin Bateman | 06/27/2026 | Time records - ask Lynette for help culling | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 07/06/2026 | Talk to Lynette about time records; how to submit petition | 0:35 | 0:35 | 0:00 |
| Kristin Bateman | 07/06/2026 | Review notice of appearance for ca1 | 0:05 | 0:05 | 0:00 |
| Kristin Bateman | 07/07/2026 | Finalize, file notice of appearance | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 07/07/2026 | Review Builds time records | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 07/08/2026 | Review Builds time records (n/c) | 0:45 | 0:45 | 0:00 |
| Kristin Bateman | 07/08/2026 | Review Builds time records (n/c) | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 07/08/2026 | Review Builds time records (n/c) | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 07/24/2026 | Look into appendix designation issue | 0:25 | 0:25 | 0:00 |
| Kristin Bateman | 08/06/2026 | Go through time records to mark things as no-bill and remove confidential info (n/c) | 1:20 | 1:20 | 0:00 |
| Kristin Bateman | 08/06/2026 | Draft client declarations for fee petition; research attorney declaration samples | 0:45 | | 0:45 |
| Kristin Bateman | 08/06/2026 | Pull time records; seek advice on attorney declaration content | 0:10 | | 0:10 |
| Kristin Bateman | 08/06/2026 | Clean up KB, RT, LST time records to remove confidential info and mark items as non-billable (n/c) | 0:40 | 0:40 | 0:00 |
| Kristin Bateman | 08/10/2026 | Coordinate w/ co-counsel re Builds appeal dismissal | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 08/11/2026 | Draft Bateman declaration for atty fee petition | 0:40 | | 0:40 |
| Kristin Bateman | 08/11/2026 | Draft Bateman declaration for atty fee petition | 1:10 | | 1:10 |
| Kristin Bateman | 08/11/2026 | Read memo re EAJA fee petitions (n/c) | 0:25 | 0:25 | 0:00 |
| Kristin Bateman | 08/11/2026 | Draft fee petition cover motion | 0:10 | | 0:10 |
| Kristin Bateman | 08/11/2026 | Draft template declaration for co-counsel orgs, for atty fee petition | 0:10 | | 0:10 |

Kristin Bateman and Robin Thurston Time Records, as of 9/24/26

National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 08/11/2026 | Email co-counsel questions re time records (n/c) | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 08/11/2026 | Email co-counsel questions re time records (n/c) | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 08/11/2026 | Review time records; send follow-up questions to co-counsel (n/c) | 0:45 | 0:45 | 0:00 |
| Kristin Bateman | 08/12/2026 | Review and finalize time records for EAJA petition | 0:10 | | 0:10 |
| Kristin Bateman | 08/12/2026 | Clean up time records; create summary chart (n/c) | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 08/12/2026 | Email RT re fee petition strategy | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 08/12/2026 | Email re fee petition strategy | 0:15 | 0:15 | 0:00 |
| Kristin Bateman | 08/13/2026 | Send emails to coordinate w/ OGC and co-co on EAJA pe | 0:20 | | 0:20 |
| Kristin Bateman | 08/25/2026 | Revew and revise fee petition | 1:10 | | 1:10 |
| Kristin Bateman | 08/31/2026 | Communicate w/ clients re appeal dismissal and upcoming fee petition | 0:05 | | 0:05 |
| Kristin Bateman | 08/31/2026 | Coordinate with co-counsel on fee petition negotiation | 0:15 | | 0:15 |
| Kristin Bateman | 08/31/2026 | Update fee records to add export of more recent entries | 0:10 | | 0:10 |
| Kristin Bateman | 09/02/2026 | Prepare materials to send to DOJ w/ EAJA settlement offer | 0:15 | | 0:15 |
| Kristin Bateman | 09/02/2026 | Email DOJ re EAJA settlement offer | 0:15 | | 0:15 |
| Kristin Bateman | 09/09/2026 | Email co-counsel re responding to DOJ, plan for preparing final fee petition materials | 0:15 | | 0:15 |
| Kristin Bateman | 09/09/2026 | Research EAJA deadline and whether it can be extended | 0:10 | 0:10 | 0:00 |
| Kristin Bateman | 09/09/2026 | Email DOJ re EAJA settlement offer | 0:04 | | 0:04 |
| Kristin Bateman | 09/19/2026 | Respond to comments on fee petition | 0:15 | | 0:15 |
| Kristin Bateman | 09/19/2026 | Review, comment on attorney declarations for fee petition | 0:30 | | 0:30 |
| Kristin Bateman | 09/19/2026 | Prepare email to co-counsel re settlement offer and plan for reviewing and finalizing fee petition materials (including motion, mem., client declarations, attorney declarations) | 0:30 | | 0:30 |
| Kristin Bateman | 09/19/2026 | Analyze email from DOJ re settlement offer, email RT analysis and proposal for counter-offer options | 0:35 | | 0:35 |
| Kristin Bateman | 09/19/2026 | Revise fee petition brief | 0:50 | | 0:50 |
| Kristin Bateman | 09/19/2026 | Revise fee petition brief | 0:45 | | 0:45 |
| Kristin Bateman | 09/19/2026 | Share all materials with co-counsel for review; Send email with review plan and finalization logistics | 0:10 | | 0:10 |

Kristin Bateman and Robin Thurston Time Records, as of 9/24/26

National Alliance to End Homelessness v. Turner, No. 25-cv-447 (D.R.I.)

| Member | Date | Description | Duration | Non-billable | Total billable |
|---|---|---|---|---|---|
| Kristin Bateman | 09/20/2026 | Analyze DOJ counter-offer and research case law relevant to their argument; draft responsive email | 0:20 | | 0:20 |
| Kristin Bateman | 09/21/2026 | Implement co-counsel edits on fee petition materials | 0:50 | | 0:50 |
| Kristin Bateman | 09/21/2026 | Share w/ co-counsel draft email to DOJ with settlement counteroffer | 0:05 | | 0:05 |
| Kristin Bateman | 09/22/2026 | Implement co-counsel edits on fee petition (20min); email to clients for review (5min) | 0:25 | | 0:25 |
| Kristin Bateman | 09/22/2026 | Review edits to Shea declaration; respond to co-counsel question | 0:05 | | 0:05 |
| Kristin Bateman | 09/22/2026 | Email DOJ with settlement counteroffer | 0:05 | | 0:05 |
| Kristin Bateman | 09/22/2026 | Implement co-counsel and LST edits to fee petition materials | 0:35 | | 0:35 |
| Kristin Bateman | 09/23/2026 | Implement co-counsel edits on fee petition (5min.); Prepare and send out declarations for signature (5min.) | 0:10 | | 0:10 |
| Kristin Bateman | 09/23/2026 | Prepare fee petition declarations for filing | 0:10 | | 0:10 |
| Kristin Bateman | 09/24/2026 | Consider settlement offer; email co-counsel proposed response | 0:10 | | 0:10 |
| Kristin Bateman | 09/24/2026 | Prepare fee petition declarations, time records, and other attachments for filing | 0:50 | | 0:50 |
| **Kristin Bateman TOTAL** | | | | | **224:34** |

| | | | | | |
|---|---|---|---|---|---|
| Robin Thurston | 09/08/2025 | HUD CoC Builds NOFO | 0:30 | | 0:30 |
| Robin Thurston | 09/09/2025 | CoC Builds NOFO Co-Counsel Discussion | 0:30 | | 0:30 |
| Robin Thurston | 09/10/2025 | CoC Builds litigation - updated w/ Zoom link | 1:00 | | 1:00 |
| Robin Thurston | 09/10/2025 | Strategy and edit complaint | 3:30 | | 3:30 |
| Robin Thurston | 09/12/2025 | CoC Builds - conf prep etc. | 0:45 | | 0:45 |
| Robin Thurston | 09/12/2025 | NAEH v. Turner TRO hearing | 1:15 | | 1:15 |
| Robin Thurston | 09/15/2025 | NAEH - briefing sched and next steps | 0:15 | | 0:15 |
| Robin Thurston | 09/16/2025 | Plan for talking to NAEH, other injured orgs | 0:30 | | 0:30 |
| **Robin Thurston TOTAL** | | | | | **8:15** |
| | | | | | |
| **TOTAL** | | | | | **232:49** |

# Ex. C

**Yenisey Rodriguez Time Records**

National Alliance to End Homelessness v. Turner

| Date | Description (scrubbed of privileged/confidential info) | Total Hours | Non-billable hours | Billable hours |
|---|---|---|---|---|
| 9/8/2025 | Complaint - drafted section incorporating research findings with citations. Both legal and narrative. | 4.50 | 0.00 | 4.50 |
| 9/8/2025 | Analyzed NOFO and CoC Builds history | 3.00 | 0.00 | 3.00 |
| 9/8/2025 | Complaint - researched controlling authority on TRO equities standard. | 6.35 | 0.00 | 6.35 |
| 9/9/2025 | Litigation strategy calls with team and clients. | 3.50 | 0.00 | 3.50 |
| 9/9/2025 | Complaint - analyzed and made additions to complaint shell. | 5.00 | 0.00 | 5.00 |
| 9/9/2025 | Drafting and editing Oliva (NAEH) Declaration. | 5.00 | 0.00 | 5.00 |
| 9/10/2025 | Litigation strategy calls with team and clients. | 1.25 | 0.00 | 1.25 |
| 9/10/2025 | TRO Brief - Drafted equities section incorporating facts from declarations. | 3.25 | 0.00 | 3.25 |
| 9/10/2025 | Continue to edit and finalize Oliva (NAEH) Declaration. | 2.15 | 0.00 | 2.15 |
| 9/10/2025 | Finalize Oliva Declaration. | 1.30 | 0.00 | 1.30 |
| 9/12/2025 | Call with co-counsel. | 1.00 | 0.00 | 1.00 |
| 9/12/2025 | Internal hearing prep call. | 0.45 | 0.00 | 0.45 |
| 9/12/2025 | Attended and took notes during TRO hearing noting Court questions and Ds' positions. | 1.15 | 0.00 | 1.15 |
| 9/15/2025 | Internal Meeting to discuss briefing schedule and next steps | 0.20 | 0.00 | 0.20 |
| 9/15/2025 | External call with co-counsel and NAEH member. | 0.55 | 0.00 | 0.55 |
| 9/16/2025 | External call with co-counsel and organization with relevant expertise | 1.45 | 0.00 | 1.45 |
| 9/16/2025 | Internal call re outreach for additional injured organizations and new supporting declarations. | 0.50 | 0.00 | 0.50 |
| 9/17/2025 | External call with client about additional member outreach for supporting declarations. | 0.45 | 0.00 | 0.45 |
| 9/18/2025 | Draft and send emails to additional organizations. | 2.35 | 0.00 | 2.35 |
| 9/24/2025 | External call with NAEH member re potential supporting declaration. | 1.00 | 0.00 | 1.00 |
| 9/25/2025 | Read and analyze transcript of TRO hearing. | 0.45 | 0.00 | 0.45 |
| 10/1/2025 | External call with attorney for NAEH member | 1.30 | 0.45 | 0.85 |
| 10/1/2025 | External call with NAEH member | 0.45 | 0.00 | 0.45 |
| 10/3/2025 | External call with NAEH member | 0.45 | 0.00 | 0.45 |
| 10/6/2025 | External call with NAEH member | 0.45 | 0.00 | 0.45 |
| 10/7/2025 | External call with NAEH member | 0.45 | 0.00 | 0.45 |
| 10/7/2025 | External call with NAEH member | 0.45 | 0.00 | 0.45 |
| 10/7/2025 | External call with NAEH member | 0.50 | 0.00 | 0.50 |
| 10/7/2025 | Internal call with KM re recruitment strategy and questions. | 0.15 | 0.00 | 0.15 |
| 10/8/2025 | Call with NAEH member | 0.45 | 0.00 | 0.45 |
| 10/9/2025 | External call with NAEH member | 0.30 | 0.00 | 0.30 |

**Yenisey Rodriguez Time Records**

National Alliance to End Homelessness v. Turner

| Date | Description (scrubbed of privileged/confidential info) | Total Hours | Non-billable hours | Billable hours |
|---|---|---|---|---|
| 10/20/2025 | Internal call with KB re case tasks. | 0.15 | 0.00 | 0.15 |
| 11/6/2025 | Analyze amended complaint edits. Edit AC draft. | 2.45 | 0.00 | 2.45 |
| 11/6/2025 | Update KB declarations status update and to do list | 2.30 | 0.00 | 2.30 |
| 11/7/2025 | External call with NAEH member | 0.45 | 0.00 | 0.45 |
| 11/7/2025 | Redlined Shea (WDC) Second Declaration | 2.00 | 0.00 | 2.00 |
| 11/7/2025 | Analyzed and edited NAEH member | 4.00 | 0.00 | 4.00 |
| 11/7/2025 | Drafting and editing Second Oliva (NAEH) Declaration. | 6.50 | 0.00 | 6.50 |
| 11/7/2025 | Analyzed and edited multiple drafts of Shea (WDC) declaration. | 3.00 | 0.00 | 3.00 |
| 11/9/2025 | Edited Oliva (NAEH) Second Declaration. | 2.00 | 0.00 | 2.00 |
| 11/10/2025 | Edited Oliva (NAEH) Second Declaration. | 0.50 | 0.00 | 0.50 |
| 11/11/2025 | Edited Oliva (NAEH) Second Declaration. | 1.20 | 0.00 | 1.20 |
| 11/11/2025 | Finalize all additional declarations for filing. | 9.00 | 0.00 | 9.00 |
| 11/11/2025 | Analyze and edit amended complaint. | 0.45 | 0.00 | 0.45 |
| 11/11/2025 | Edited Oliva (NAEH) Second Declaration. | 1.00 | 0.00 | 1.00 |
| | Analyzed and edit Summary Judgement Brief. | 1.45 | 0.00 | 1.45 |
| 11/12/2025 | Analyzed administrative record produced and circulated notes and arguments to KB. | 1.20 | 0.00 | 1.20 |
| 11/13/2025 | Edited Oliva (NAEH) Second Declaration. | 0.20 | 0.00 | 0.20 |
| 11/13/2025 | Finalized Oliva (NAEH) Second Declaration for filing. | 0.15 | 0.00 | 0.15 |
| 11/14/2025 | Led DF call with expert. | 1.50 | 0.00 | 1.50 |
| 12/5/2025 | Analyzed Ds SJ cross brief | 1.00 | 0.00 | 1.00 |
| 12/8/2025 | Outline Ds' SJ cross brief. Drafted potential rebuttals. Legal research. | 2.50 | 0.00 | 2.50 |
| 12/9/2025 | Outline Ds' SJ cross brief. Drafted potential rebuttals. Legal research. | 1.50 | 0.00 | 1.50 |
| 12/18/2025 | Edit reply. | 2.45 | 0.00 | 2.45 |
| **TOTAL** | | | | **96.30** |

# Ex. D

**Kristen Miller Time Records**

National Alliance to End Homelessness v. Turner

| Date | Description | Total Time | Non-Billable Hours | Billable Hours |
|---|---|---|---|---|
| 9/8/2025 | Read forwarded materials on the HUD COC grant program and confer with Robin Thurston, Yenisey Rodriguez, and Kristin Bateman regarding next steps to get case on file | 1.8 | 0 | 1.8 |
| 9/9/2025 | Conduct research on standing to prepare for call with NAEH to develop standing facts. | 2.4 | 0 | 2.4 |
| 9/9/2025 | Call with NAEH to discuss standing allegations. | 0.8 | 0 | 0.8 |
| 9/9/2025 | Confer with DF team regarding work plan and deadlines. | 0.3 | 0 | 0.3 |
| 9/9/2025 | Draft associational standing allegations and send same to DF team. | 2.3 | 0 | 2.3 |
| 9/9/2025 | Draft declaration for Ann Marie Oliva (CEO OF NAEH) and send same to DF team. | 1 | 0 | 1 |
| 9/10/2025 | Work with DF team to edit complaint and declaration; draft irreparable harm arguments in Temporary Restraining Order brief. | 4.2 | 0 | 4.2 |
| 9/10/2025 | Attend call with DF team, NAEH, and potential plaintiff WDC. | 1 | 0 | 1 |
| 9/10/2025 | Draft WDC declaration; send same to WDC to fill in placeholders. | 0.8 | 0 | 0.8 |
| 9/10/2025 | Revise TRO irreparable harm section; draft "Impact to Plaintiffs" section in background of TRO brief. | 2 | 0 | 2 |
| 9/10/2025 | Review WDC declaration with additions; circulate to DF team for their review. | 0.8 | 0 | 0.8 |
| 9/10/2025 | Review full complaint and TRO brief. | 2 | 0 | 2 |
| 9/12/2024 | Listen to emergency hearing on motion for TRO. | 1 | 1 | 0 |
| 9/15/2025 | Confer with DF team regarding next steps in case, including PI briefing schedule, relief to be requested, possible avenues of alternative resolution; draft email to National Alliance to End Homelessness to schedule imminent call about identifying additional members. | 1.3 | 0 | 1.3 |
| 9/16/2025 | Meet and confer with DF team regarding additional NAEH members for suit. | 0.7 | 0 | 0.7 |
| 9/17/2025 | Meet with NAEH to discuss identifying new members and next steps in litigation. | 0.8 | 0 | 0.8 |
| 9/18/2025 | Review proposed language to court regarding scheduling order and HUDs commitment to not appeal TRO; correspond with Alliance member to set up call to discuss their member declaration. | 0.4 | 0 | 0.4 |

**Kristen Miller Time Records**

National Alliance to End Homelessness v. Turner

| Date | Description | Total Time | Non-Billable Hours | Billable Hours |
|---|---|---|---|---|
| 9/21/2025 | Collect notes on various potential NAEH members to be identified at SJ briefing stage; schedule send correspondence to members to set up calls for coming week. | 0.6 | 0 | 0.6 |
| 9/25/2025 | Prepare for and attend call with NAEH member to discuss detail that would go in member declaration. | 1.6 | 0 | 1.6 |
| 9/25/2025 | Prepare for and attend call with NAEH member to discuss potential member declaration. | 1.3 | 0 | 1.3 |
| 9/25/2025 | Draft email re member declarations; send same to DF team. | 0.4 | 0 | 0.4 |
| 9/29/2025 | Confer with DF team about member outreach; confer with NAEH regarding same. | 0.3 | 0 | 0.3 |
| 9/30/25 | Correspond with NAEH regarding further member outreach; correspond with NAEH members to answer follow up questions as they consider whether to submit a member declaration. | 1.3 | 0 | 1.3 |
| 10/1/2025 | Prepare for and meet with firm representing NAEH member to discuss being listed as a member on NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/1/2025 | Meet with NAEH member to discuss being listed as a member on NAEH declaration. | 0.9 | 0 | 0.9 |
| 10/3/2025 | Continue corresponding with NAEH members to schedule calls to discuss their being listed as a member on NAEH declaration. | 1.7 | 0 | 1.7 |
| 10/3/2025 | Draft declarations for two NAEH members; send same to KSCH and AEHSCC for their review and additional details. | 2.6 | 0 | 2.6 |
| 10/3/2025 | Meet with NAEH member to discuss being listed as a member on NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/3/2025 | Draft blurb explaining purpose of listing members in NAEH declaration and risks associated with same; send blurb to member for their consideration. | 0.2 | 0 | 0.2 |
| 10/6/2025 | Correspond with new NAEH members to set up additional calls to discuss being listed in NAEH declaration. | 0.6 | 0 | 0.6 |
| 10/6/2025 | Meet with NAEH member to discuss being listed in NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/6/2025 | Meet with NAEH member to discuss being listed in NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/7/2025 | Meet with NAEH member to discuss being listed in NAEH declaration. | 0.9 | 0 | 0.9 |

Kristen Miller Time Records

National Alliance to End Homelessness v. Turner

| Date | Description | Total Time | Non-Billable Hours | Billable Hours |
|---|---|---|---|---|
| 10/7/2025 | Meet with NAEH member to discuss being listed in NAEH declaration. | 0.7 | 0 | 0.7 |
| 10/7/2025 | Meet with NAEH member to discuss being listed in NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/7/2025 | Meet with NAEH member to discuss being listed in NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/7/2025 | Continue corresponding with various new NAEH members to set up additional calls to discuss being listed in NAEH declaration and to answer follow-up questions about such participation. | 0.9 | 0 | 0.9 |
| 10/8/2025 | Meet with NAEH member to discuss being listed in NAEH declaration | 0.8 | 0 | 0.8 |
| 10/8/2025 | Conduct research for MSJ | 1.8 | 0 | 1.8 |
| 10/8/2025 | Review NAEH member additions to their declaration and revise in light of same. | 0.8 | 0 | 0.8 |
| 10/8/2025 | Continue corresponding with various new NAEH members to set up additional calls to discuss being listed in NAEH declaration. | 0.6 | 0 | 0.6 |
| 10/9/2025 | Prepare for and meet with NAEH member to discuss being listed in NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/14/2025 | Prepare for and meet with NAEH member to discuss being listed in NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/14/2025 | Review material added by NAEH member to their declaration and revise declaration in light of same. | 1.3 | 0 | 1.3 |
| 10/15/2025 | Begin drafting supplemental NAEH declaration. | 2.3 | 0 | 2.3 |
| 10/16/2025 | Confer with Kristin Bateman and Yenisey Rodriguez regarding how to negotiate a new briefing schedule and manageable production of Administrative Record in light of opposing counsel's announcement that the record will be both delayed and more than 8,000 pages. | 0.3 | 0 | 0.3 |
| 10/17/2025 | Finish drafting NAEH supplemental declaration and revising two member declarations; send all three to legal team for review. | 1.4 | 0 | 1.4 |
| 10/21/2025 | Confer with Kristin Bateman and Yenisey Rodriguez regarding how to frame request for relief . | 0.4 | 0 | 0.4 |
| 10/21/2025 | Follow up with various NAEH members who either (1) have not yet scheduled an initial call or (2) are still making a final decision about whether to be listed; follow up with other NAEH members letting them know that the filing deadline is being pushed back to Nov 13. | 0.6 | 0 | 0.6 |

**Kristen Miller Time Records**

National Alliance to End Homelessness v. Turner

| Date | Description | Total Time | Non-Billable Hours | Billable Hours |
|---|---|---|---|---|
| 10/24/2025 | Send emails to various NAEH members following up to confirm their participation and/or scheduling calls for those we have not yet spoken to. | 0.5 | 0 | 0.5 |
| 10/24/2025 | Confer with Kristin Bateman about NAEH member declarations, including content, outstanding needs, and next steps. | 0.5 | 0 | 0.5 |
| 10/24/2025 | Attend call with NAEH member to discuss being listed as injured member in NAEH declaration; send follow-up information summarizing member participation process by email. | 0.8 | 0 | 0.8 |
| 10/27/2025 | Correspond with NAEH member to set up call to discuss being listed as a member in NAEH declaration; draft and send email to co-counsel regarding next steps in declarations. | 0.4 | 0 | 0.4 |
| 10/27/2025 | Meet with NAEH member to discuss being listed as a member in the NAEH declaration. | 0.7 | 0 | 0.7 |
| 10/28/2025 | Draft and correspond with co-counsel about declaration for MSJ | 0.5 | 0 | 0.5 |
| 10/28/2025 | Prepare for and attend call with NAEH member to discuss being listed as a member in the NAEH declaration. | 0.8 | 0 | 0.8 |
| 10/29/2025 | Conduct research and correspond with co-counsel re arguments for MSJ | 0.6 | 0 | 0.6 |
| 10/29/2025 | Draft and send email to NAEH member asking follow-up questions about their injuries. | 0.4 | 0 | 0.4 |
| 10/29/2025 | Review edits to NAEH member declaration; implement same and send presumptive final declaration to member for their review. | 0.5 | 0 | 0.5 |
| 10/30/2025 | Revise and add to new NAEH declaration; send same to co-counsel for review. | 2.7 | 0 | 2.7 |
| 10/31/2025 | Draft email with status and next steps on NAEH and member declarations for Kristin Bateman to ensure team can take over these tasks. | 1.3 | 1.3 | 0 |
| **TOTAL** | | | | **61.7** |