**DECLARATION OF AMY R. ROMERO**

I, Amy R. Romero, declare pursuant to 28 U.S.C. § 1746 that:

1. I am Chief Legal Counsel at Lawyers' Committee for Rhode Island. I am part of the case team in *National Alliance to End Homelessness v. Turner*, No. 25-cv-447 (D.R.I.), and represent all plaintiffs in that case.

2. I am over eighteen years old, of sound mind, and fully competent to make this declaration. The matters stated in this declaration are based on my personal knowledge, my review of records, and information I acquired in the course of this legal representation.

3. I submit this Declaration in support of the motion for attorneys' fees submitted by the plaintiffs, the National Alliance to End Homelessness and Women's Development Corporation.

4. The accompanying Exhibits set forth the contemporaneously recorded time records of attorneys for Lawyers' Committee for Rhode Island—Amy R. Romero and Kevin Love Hubbard—with edits to the description of services to remove privileged or otherwise confidential information. The detailed account also designates some time as "non-billable," which I have designated as such in the exercise of billing judgment.

5. Lawyers' Committee for Rhode Island (LCRI) brought significant experience to the litigation. I have worked as Chief Legal Counsel for LCRI since March 2025, where I represent non-profit organizations, cities, and individuals in litigating against federal government illegality. Prior to joining LCRI, I served as an Assistant United States Attorney in the District of Rhode Island from 2016 until March 2025, where my work focused on civil rights litigation. Prior to government service, I worked as a staff attorney at Rhode Island Legal Services and Community Legal Aid in Worcester, Massachusetts, where I regularly practiced in Rhode Island and Massachusetts state and federal courts. I graduated from Swarthmore College in 2001 and

University of Pennsylvania Law School in 2009, and I clerked for the United States Court of Appeals for the Third Circuit. I am a member of the Bar of the State of Rhode Island, the Commonwealth of Massachusetts, the United States Court for the District of Rhode Island, the United States Court for the District of Massachusetts, and the Court of Appeals for the First Circuit.

6. Attorney Kevin Love Hubbard has been working at LCRI since September 2025, and he currently serves as Executive Director and Counsel. Prior to joining LCRI, Hubbard served as an Assistant United States Attorney in the District of Rhode Island, where he represented the United States in a wide range of civil matters from May 2021 until he was named Chief of the Civil Division in January 2024. Prior to government service, Hubbard was a partner in a plaintiffs' side civil rights law firm in California, and served as a law clerk for the United States District Court for the District of Arizona. Hubbard graduated from Pennsylvania State University in 2007 and the Yale Law School in 2012. He is a member of the Bar of the Commonwealth of Massachusetts, the State of California, the United States Court for the Eastern District of California, the United States Court for the Northern District of California, the United States Court for the Central District of California, the Court of Appeals for the First Circuit and the Court of Appeals for the Ninth Circuit.

7. The time spent by the case team litigating this case was reasonable in light of the significant relief obtained.

8. In order to obtain meaningful relief, Plaintiffs had to move the litigation quickly—which required shared responsibilities and close coordination among members of the co-counsel team. LCRI's primary contribution was interviewing one of the clients, preparing declarations, reviewing filings, and advising on litigation strategy and local practice.

9. As explained in the memorandum of law accompanying Plaintiffs' motion, the statutory hourly rate of $125 for Equal Access to Justice Act fees, adjusted for cost-of-living increases, is $258.63. I am generally familiar with usual and customary rates charged by attorneys in the State of Rhode Island on complex civil matters. In my opinion, the rate of $258.63 per hour—as the maximum allowable rate under the EAJA—is at or below the low end of the range of rates customarily charged by attorneys with similar experience in the Rhode Island community for work on civil litigation of similar complexity to the matter at bar and substantially below the rates most customarily charged by such attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of September, 2026

Amy R. Romero
Chief Legal Counsel
Lawyers' Committee for Rhode Island

# Ex. A

**Lawyers' Committee for Rhode Island**
United States
401-952-1872

Lawyers' Committee for Rhode Island

**Amy R Romero**

**Balance** $8,069.32
**Invoice #** 00103
**Invoice Date** September 24, 2026
**Payment Terms**
**Due Date**

---

## NAEH, et al. v. Turner, et al.

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 09/09/2025 | AR | Document Preparation | Work on drafting complaint, TRO and declaration. | $258.63 | 4.0 | $1,034.52 |
| 09/10/2025 | AR | Doc Review | Review TRO memo, complaint, declarations. | $258.63 | 3.0 | $775.89 |
| 09/11/2025 | AR | Filing | File new complaint with TRO, PHV motions, contact court to alert them of new filing, contact USAO to alert them of new filing. | $258.63 | 1.0 | $258.63 |
| 09/11/2025 | AR | Phone call | Call with Bolan from USAO re TRO | $258.63 | 0.3 | $77.59 |
| 09/11/2025 | AR | Document Review/editing | Emails with co-counsel re: potential interim resolution; review court notice and TRO conference schedule | $258.63 | 0.2 | $51.73 |
| 09/12/2025 | AR | Meeting | Meeting with co-counsel before and then after hearing. | $258.63 | 1.5 | $387.95 |
| 09/12/2025 | AR | Hearing | Hearing on TRO | $258.63 | 1.0 | $258.63 |
| 09/12/2025 | AR | Meeting | Meeting with client | $258.63 | 0.5 | $129.32 |
| 09/12/2025 | AR | Correspondence | Emails with co-counsel and with clients re TRO hearing and possible settlement offer | $258.63 | 1.5 | $387.95 |
| 09/14/2025 | AR | Doc Review | Review of TRO order, communication to client of TRO order and impact. | $258.63 | 1.0 | $258.63 |
| 09/15/2025 | AR | Correspondence | Correspondence re: proposed briefing schedule for PI with DOJ. | $258.63 | 0.3 | $77.59 |
| 09/17/2025 | AR | Phone call | Call with client about briefing schedule and approach. | $258.63 | 0.5 | $129.32 |
| 09/18/2025 | AR | Doc Review | Review proposed joint motion | $258.63 | 0.2 | $51.73 |
| 09/18/2025 | AR | Correspondence | Emails about production of AR. | $258.63 | 0.3 | $77.59 |
| 09/19/2025 | AR | Correspondence | Emails with co-counsel and DOJ about briefing schedule | $258.63 | 0.5 | $129.32 |
| 09/19/2025 | AR | Phone call | Meet with client about proposed briefing schedule | $258.63 | 0.3 | $77.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/22/2025 | AR | Correspondence | Correspondence with client about impact of TRO and litigation timing | $258.63 | 0.5 | $129.32 |
| 10/03/2025 | AR | Correspondence | Correspondence with co-counsel re DOJ's stay motion in light of shutdown | $258.63 | 0.2 | $51.73 |
| 10/06/2025 | AR | Document Review/editing | Edit opposition to stay motion. | $258.63 | 0.2 | $51.73 |
| 10/10/2025 | AR | Doc Review | Review court order, discuss with client. | $258.63 | 0.2 | $51.73 |
| 10/16/2025 | AR | Correspondence | Correspondence re production of AR record | $258.63 | 0.2 | $51.73 |
| 10/20/2025 | AR | Correspondence | Correspondence re revised briefing schedule | $258.63 | 0.2 | $51.73 |
| 10/27/2025 | AR | Document Preparation | Research on jurisdictional criteria impacting RI plaintiff | $258.63 | 1.0 | $258.63 |
| 11/03/2025 | AR | Draft | Work with WDC on draft declaration | $258.63 | 2.0 | $517.26 |
| 11/04/2025 | AR | Document Preparation | Finalize declaration with WDC | $258.63 | 1.0 | $258.63 |
| 11/11/2025 | AR | Doc Review | Reviewed and edited MSJ and memo in support | $258.63 | 2.0 | $517.26 |
| 11/12/2025 | AR | Correspondence | Email to court re joint motion to waive statements of undisputed facts | $258.63 | 0.1 | $25.86 |
| 12/15/2025 | AR | Doc Review | Reviewed govt response and cross motion | $258.63 | 1.5 | $387.95 |
| 12/16/2025 | AR | Document Review/editing | Review and edit reply brief | $258.63 | 1.0 | $258.63 |
| 01/09/2026 | AR | Doc Review | Review govt's reply | $258.63 | 0.5 | $129.32 |
| 03/31/2026 | AR | Doc Review | Review court decision, discuss with client and co-counsel | $258.63 | 2.0 | $517.26 |
| 08/07/2026 | AR | Correspondence | Review & respond re: gvt extension request | $258.63 | 0.1 | $25.86 |
| 08/10/2026 | AR | Correspondence | Review and reply re dismissal of appeal | $258.63 | 0.1 | $25.86 |
| 09/14/2026 | AR | Draft | Finalize declaration and time records | $258.63 | 1.0 | $258.63 |
| 09/21/2026 | AR | Document Review/editing | Review and edit draft EAJA cover motion and memo, draft emails to co-counsel re fee negotiations | $258.63 | 1.0 | $258.63 |
| 09/23/2026 | AR | Document Review/editing | Finalize declaration and time sheet | $258.63 | 0.3 | $77.59 |
| **Non-billable Time Entries:** | | | | | | |
| 09/09/2025 | AR | Meeting | Phone calls with KB, etc re new matter. | $258.63 | 1.0 | $258.63 |
| 09/09/2025 | AR | Correspondence | Emails with WDC and DF | $258.63 | 0.2 | $51.73 |
| 09/09/2025 | AR | Phone call | Meeting with potential client (WDC); preparation of retainer | $258.63 | 1.5 | $387.95 |
| 09/09/2025 | AR | Meeting | Meting with DF and client | $258.63 | 1.0 | $258.63 |
| 09/16/2025 | AR | Correspondence | Discussion with co-counsel about DOJ's proposed briefing and possibility of expedited SJ and not appealing TRO | $258.63 | 0.2 | $51.73 |
| 09/29/2025 | AR | Correspondence | Correspondence re potential amicus | $258.63 | 0.5 | $129.32 |
| 08/06/2026 | AR | Draft | Finalize invoice of costs | $258.63 | 1.0 | $258.63 |
| 09/02/2026 | AR | Correspondence | Review and reply DF email re: EAJA | $258.63 | 0.2 | $51.73 |
| | | | | Totals: | **31.2** | **$8,069.32** |

| | |
|---|---|
| Time Entry Sub-Total: | $8,069.32 |
| **Sub-Total:** | $8,069.32 |
| | |
| **Total:** | $8,069.32 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$8,069.32** |

# Ex. B

**Lawyers' Committee for Rhode Island**
United States
401-952-1872

Lawyers' Committee for Rhode Island

**Kevin L Hubbard**
56 Pine Street
Suite 200
Providence, RI 02903
United States

| | |
|---|---|
| **Balance** | $3,905.35 |
| **Invoice #** | 00104 |
| **Invoice Date** | August 11, 2026 |
| **Payment Terms** | |
| **Due Date** | |

## NAEH, et al. v. Turner, et al.

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 09/09/2025 | KH | Doc Review | Review HUD NOFO. | $258.63 | 0.8 | $206.90 |
| 09/09/2025 | KH | Document Preparation | Review and revise draft complaint. | $258.63 | 1.2 | $310.36 |
| 09/10/2025 | KH | Consultation | Confer with A. Romero re: plaintiff strategy. | $258.63 | 0.2 | $51.73 |
| 09/10/2025 | KH | Document Preparation | Review and revise draft TRO motion. | $258.63 | 1.4 | $362.08 |
| 09/10/2025 | KH | Meeting | Meet with client re: complaint. | $258.63 | 0.5 | $129.32 |
| 09/11/2025 | KH | Document Preparation | Prepare PHV motion. | $258.63 | 0.1 | $25.86 |
| 09/12/2025 | KH | Research | Research NOFO criteria and state jurisdiction's compliance therewith and prepare summary chargt. | $258.63 | 1.6 | $413.81 |
| 09/12/2025 | KH | Document Review/editing | Review and revise proposed order. | $258.63 | 0.2 | $51.73 |
| 09/12/2025 | KH | Hearing | Hearing on motion for TRO. | $258.63 | 1.0 | $258.63 |
| 09/17/2025 | KH | Consultation | Confer with K. Bateman and team re: correspondence with court. | $258.63 | 0.2 | $51.73 |
| 09/19/2025 | KH | Consultation | Confer with co-counsel re briefing schedule. | $258.63 | 0.2 | $51.73 |
| 09/22/2025 | KH | Document Review/editing | Review and revise motion for TRO clairifcation | $258.63 | 0.3 | $77.59 |
| 10/02/2025 | KH | Consultation | Confer with co-counsel re: government's motion to stay. | $258.63 | 0.2 | $51.73 |
| 10/05/2025 | KH | Document Review/editing | Review and revise opposition to motion to stay. | $258.63 | 0.2 | $51.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2025 | KH | Consultation | Confer with co-counsel re: production of administrative record. | $258.63 | 0.1 | $25.86 |
| 10/21/2025 | KH | Doc Review | Review administrative record. | $258.63 | 1.2 | $310.36 |
| 11/04/2025 | KH | Document Review/editing | Review and revise declaration of F. Shea. | $258.63 | 0.9 | $232.77 |
| 11/11/2025 | KH | Document Review/editing | Review and revise draft amended complaint and motion for summary judgment. | $258.63 | 1.4 | $362.08 |
| 12/05/2025 | KH | Doc Review | Review government's cross-motion for summary judgment. | $258.63 | 1.1 | $284.49 |
| 12/15/2025 | KH | Document Review/editing | Review and revise draft reply in support of summary judgment. | $258.63 | 0.9 | $232.77 |
| 01/09/2026 | KH | Doc Review | Review government's reply brief. | $258.63 | 0.5 | $129.32 |
| 01/09/2026 | KH | Doc Review | Review court's ruling and discuss with co-counsel. | $258.63 | 0.9 | $232.77 |
| | | | | Totals: | **15.1** | **$3,905.35** |

| | |
|---|---|
| Time Entry Sub-Total: | $3,905.35 |
| **Sub-Total:** | $3,905.35 |
| **Total:** | $3,905.35 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$3,905.35** |