# DECLARATION OF LYNETTE LABINGER

I, Lynette Labinger, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney in private practice. Since June 2018, I have limited my practice to advising the American Civil Liberties Union on legal and legislative issues and serving as pro bono "cooperating counsel" on litigation matters sponsored by the American Civil Liberties Union Foundation of Rhode Island. I am part of the case team in *National Alliance to End Homelessness v. Turner*, No. 25-cv-447 (D.R.I.), and represent all plaintiffs in that case.

2. I am over eighteen years old, of sound mind, and fully competent to make this declaration. The matters stated in this declaration are based on my personal knowledge, my review of records, and information I acquired in the course of this legal representation.

3. I submit this Declaration in support of the motion for attorneys' fees submitted by the plaintiffs, the National Alliance to End Homelessness and Women's Development Corporation.

4. The accompanying Exhibit sets forth the contemporaneously recorded itemization of the legal services and time expended by me in this matter, with edits to the description of services to remove privileged or otherwise confidential information. The detailed account also designates some time as "non-billable," which I have designated as such in the exercise of billing judgment.

5. I have been in private practice for 50 years. I first came to Rhode Island to serve a two-year clerkship with then-Chief Judge Raymond J. Pettine, of this Court, after graduating from New York University Law School in 1974. I am a member of the Bar of the State of Rhode Island (1975), the Commonwealth of Massachusetts (1974, inactive status), the United States District

Court for the District of Rhode Island (1975), the Court of Appeals for the First Circuit (1978), and the Supreme Court of the United States (1980). During that time, I have been actively and continuously engaged in litigation involving civil rights and constitutional law. I have represented individual and class plaintiffs, as well as defendants, in actions based on civil rights statutes and constitutional provisions. I have appeared on such matters in the United States District Court for the District of Rhode Island and before the First Circuit Court of Appeals, as well as the Superior and Supreme Courts of the State of Rhode Island.

6. The time spent by the case team litigating this case was reasonable and necessary in light of the significant relief obtained.

7. In order to obtain meaningful relief, Plaintiffs had to move the litigation quickly—which required shared responsibilities and close coordination among members of the co-counsel team. My primary contribution throughout this litigation included review and input on drafts, and advising on litigation strategy and local practice.

8. As explained in the memorandum of law accompanying Plaintiffs' motion, the statutory hourly rate of $125 for Equal Access to Justice Act fees, adjusted for cost-of-living increases, is $258.63. While I no longer have an established billing rate (having limited my practice to pro bono representation through the ACLU of Rhode Island), I am generally familiar with usual and customary rates charged by attorneys in the State of Rhode Island on complex civil matters. In my opinion, the rate of $258.63 per hour—as the maximum allowable rate under the EAJA—is at or below the low end of the range of rates customarily charged by attorneys with similar experience in the Rhode Island community for work on civil litigation of similar complexity to the matter at bar and substantially below the rates most customarily charged by such attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2026

Lynette Labinger
Digitally signed by Lynette Labinger
Date: 2026.09.23 15:41:05 -04'00'

Lynette Labinger
Cooperating counsel
American Civil Liberties Foundation of Rhode Island

# Ex. A

| Date | Services of Lynette Labinger | Billable Time | No Charge |
|---|---|---|---|
| 9/10/2025 | review AR and MW emails re new matter and prepare reply (.1); telephone conference with AR re status, timing, next steps (.3); conference with SB re ACLU involvement and next steps (.1); review draft complaint and prepare comments and proposed revisions (.8); prepare email to AR re same and open issues (.1); telephone conference with AR re status, next steps and framing relief (.1); review and prepare comments and proposed revisions to TRO MOL (1.5) | 3.00 | 0.00 |
| 9/11/2025 | review multiple emailings and filings (no charge); docket review and see to entry of appearance (no charge); review AR email to KB/USA re potential interim resolution (.1 n/c); review KB/USA reply email (.1 n/c); review several emails from co-counsel and clients re status, media interviews, schedule (n/c); review JS/US email re government position (.1 n/c); review court notice and email re TRO conference schedule (.1 n/c) | 0.00 | 0.40 |
| 9/12/2025 | review several emails from co-counsel, clients, re potential resolution and prepare email to co-counsel re same (.1); review and reply AR email re same (.1 n/c); review several follow-up emails from co-counsel and clients re same (.1 n/c); attend TRO hearing (1.0); conference with SB post-hearing (.1 n/c); review draft TRO, additional legal research, prepare proposed revisions and reply email to co-counsel (.5); review RT and AR emails and edits re proposed order and prepare reply (.1); review AF email and proposed revisions/additions to order (.1) | 2.00 | 0.10 |
| 9/16/2025 | review KB email re next steps, scheduling, interim agreement on status and prepare reply (.2); review co-counsel email re same (.1 n/c); review KB email to US counsel and reply (.1 n/c); prepare email to KB re further inquiry (.1 n/c) | 0.20 | 0.30 |
| 9/17/2025 | review KB email and proposed revised TRO, prepare proposed revisions and reply email (.2); review and reply KB email re revising TRO, preparing scheduling motion and agreement not to appeal TRO (.1) | 0.30 | 0.00 |
| 9/18/2025 | review KB and co-counsel emails re language of joint motion to extend TRO and prepare reply (.1); review KB reply email and legal research on related issues raised by US proposed language, including prepare reply email (.7) | 0.80 | 0.00 |
| 9/19/2025 | review several emails re proposed schedule and draft motion, including prepare reply re draft motion and proposed revisions, telephone conference with AR re outreach to client re same and prepare email to WDC representatives re same (.4) | 0.40 | 0.00 |
| 10/5/2025 | review KB email and draft objection to motion to stay and prepare reply (.1) | 0.10 | 0.00 |
| 10/6/2025 | review several emails re draft objection to motion to stay and review objection as filed (.1 n/c) | 0.10 | 0.00 |
| 10/16/2025 | review JS/US email re compliance with deadlines, co-counsel email and prepare reply to co-counsel (.1); review next JS/US email re same and co-counsel email and review file re same (.1) | 0.20 | 0.00 |
| 10/20/2025 | review several emails re revising schedule (.1 n/c); brief review portions of initial administrative record production, including email from KB re same (.1) | 0.20 | 0.00 |

| Date | Services of Lynette Labinger | Billable Time | No Charge |
|---|---|---|---|
| 11/5/2025 | review multiple emails of co-counsel re amending the complaint, summary judgment motion and prepare reply re same (.1) | 0.10 | 0.00 |
| 11/12/2025 | review KB, KH emails re appendix/admin. record and prepare reply (.1); review court order re waiving SUF (.1 n/c) | 0.10 | 0.10 |
| 11/13/2025 | review draft MSJ and additional revisions to draft MOL in support of MSJ and prepare email to co-counsel re same (.1); review MSJ and related as filed and prepare email to KB re same (.1 n/c) | 0.10 | 0.10 |
| 11/14/2025 | review and reply KB email re correcting filing (.1 n/c); same (.1 n/c) | 0.00 | 0.20 |
| 12/15/2025 | review draft reply re MSJ/objection (.9) | 0.90 | 0.00 |
| 12/16/2025 | review and reply KB email and updated draft (.1) | 0.10 | 0.00 |
| 3/31/2026 | (late entry) review text order and decision granting in part, denying in part cross-motions for summary judgment (charge as .1 n/c); review several client emails re media release (charge as .1 n/c) | 0.00 | 0.20 |
| 4/10/2026 | review KB and KH emails re EAJA application, file review and prepare reply, including brief review itemization of time (charged as .1 n/c) | 0.00 | 0.10 |
| 4/30/2026 | review cost application, including review of local rules and prepare email to KB re revisions (.2 n/c) | 0.00 | 0.20 |
| 7/6/2026 | zoom Conference with KB to discuss time records, approaches to presentation of fee application, next steps (.7 charged as .4) | 0.40 | 0.30 |
| 7/16/2026 | prepare draft email to co-counsel re status of appeal, outreach to US re designating appendix (.1) | 0.10 | 0.00 |
| 7/22/2026 | finalize email to co-counsel re US obligation re record on appeal (.1) | 0.10 | 0.00 |
| 8/14/2026 | review and reply KB email re approaches to EAJA fee application (.2) | 0.20 | 0.00 |
| 9/2/2026 | review and reply KB email, with attachments, re approaches to negotiation re EAJA fees (.1); review and reply next KB email re same (.1); review KB email to co-counsel and email to opposing counsel re EAJA fees (.1 n/c) | 0.20 | 0.10 |
| 9/8/2026 | review US response re EAJA negotiations (.1 n/c) | 0.00 | 0.10 |
| 9/9/2026 | review KB and co-counsel emails re next steps re EAJA fees and prepare reply (.1); review fee declaration template and revise to personalize re LL declaration (.4); prepare email to co-counsel re approaches to fee declarations and proposed revisions, including revisions to LL draft declaration (.5); update itemized time records (n/c) | 1.00 | 0.00 |
| 9/21/2026 | review and prepare proposed revisions to draft EAJA motion and memorandum of law (.8); prepare proposed revisions and comments to KB and LL draft declarations (.6); prepare email to KB, co-counsel re fee negotiations and presentation (.1); update time itemization (n/c) | 1.50 | 0.00 |
| 9/22/2026 | review and reply KB email re additional revisions to draft memo of law re fees, including file, other case reviews (.2 charge as .1); review and reply KB email re draft memo of law and conforming language of declarations re customary rates (.1 n/c) | 0.10 | 0.20 |
| 9/23/2026 | review and prepare proposed revisions and comments to near-final draft of fees memo of law and prepare email to KB/co-counsel re same (.2 charged as .1) | 0.10 | 0.10 |
| | Total: | 12.30 | 2.50 |