**DECLARATION OF ANTONIA FASANELLI**

I, Antonia Fasanelli, declare pursuant to 28 U.S.C. § 1746 that:

1. I am Executive Director at National Homelessness Law Center. I am part of the case team in *National Alliance to End Homelessness v. Turner*, No. 25-cv-447 (D.R.I.), and represent the National Alliance to End Homelessness in that case.

2. I am over eighteen years old, of sound mind, and fully competent to make this declaration. The matters stated in this declaration are based on my personal knowledge, my review of official records, and information I acquired in the course of performing my official duties.

3. I submit this Declaration in support of the motion for attorneys' fees submitted by the plaintiffs, the National Alliance to End Homelessness and Women's Development Corporation.

4. The accompanying Exhibit sets forth the contemporaneously recorded time records of attorneys for National Homelessness Law Center, Antonia Fasanelli, Kathryn Meyer Scott, and Eric Tars, with edits to the description of services to remove privileged or otherwise confidential information. The detailed account also designates some time as "non-billable," which I have designated as such in the exercise of billing judgment.

5. National Homelessness Law Center brought significant experience to the litigation as subject matter counsel. Since April 2021, I have been the Executive Director of the National Homelessness Law Center, which was founded in 1989 by the primary architect of the Stewart B. McKinney Act (later renamed the McKinney-Vento Act) and has been the leading national organization defending the Act since its enactment. Prior to joining the Law Center, for thirteen (13) years, I was Executive Director of the Homeless Persons Representation Project (HPRP), a civil legal aid and advocacy organization that worked to end homelessness in

Maryland. HPRP was a recipient of Continuum of Care funds for its legal services program until approximately 2015 and I oversaw administration of that program, including ensuring client eligibility for services, case outcomes, and financial management of the program. Prior to HPRP, I was a legal services attorney for five (5) years at the Washington Legal Clinic for the Homeless in Washington, DC, where I represented tenants and tenant associations in state and federal courts. I graduated from Barnard College in 1996, American University's Washington College of Law in 2001, and I clerked for the U.S. District Court for the Northern District of Texas. I am admitted to practice law in New York, Maryland and Washington, DC, as well as the U.S. District Court for the District of Columbia.

6. Kathryn "Katie" Meyer Scott is the Youth Homelessness Director at the National Homelessness Law Center and has been in that position, or an equivalent role, since 2021. Prior to joining the Law Center, Ms. Scott was an attorney at Solid Ground Benefits Legal Assistance in Seattle, Washington, where she represented low-income households in a wide range of federal benefit programs. Prior to her time at Solid Ground, Ms. Scott was Director of Pro Bono Programs at the Homeless Persons Representation Project (HPRP), where she oversaw pro bono representation of unhoused persons in a variety of matters from criminal record expungement to veterans' benefits, under HPRP Continuum of Care funded legal services program. Prior to her time at HPRP, Ms. Scott was Legal Director at Baltimore Neighborhoods, Inc., where she oversaw a fair housing testing programs, and Executive Director at Street Youth Legal Advocates of Washington, where she represented unhoused youth in a range of civil legal matters. Ms. Scott graduated from Ohio University in 2001, the University of Washington School of Law in 2006, and is admitted the Washington bar as well as the bar of the U.S. District Court for the Western District of Washington.

7. Eric Tars is the Senior Policy Director at the National Homelessness Law Center, where he analyzes federal, state, and local policies that affect unhoused persons and champions solutions to homelessness. Mr. Tars joined the Law Center in 2006 as a Human Rights Staff Attorney and has held a variety of roles, including Legal Director for several years, before assuming the Senior Policy Director role in 2023. He is a 1998 graduate of Haverford College and 2004 graduate of Georgetown University Law Center. Mr. Tars is admitted to the Pennsylvania bar and the U.S. Courts of Appeals for the Third and Ninth Circuits.

8. The time spent by the case team litigating this case was reasonable in light of the significant relief obtained.

9. In order to obtain meaningful relief, Plaintiffs had to move the litigation quickly—which required shared responsibilities and close coordination among members of the co-counsel team. The National Homelessness Law Center provided subject matter expertise on the CoC program and associated statutes. This subject matter expertise was particularly important given the speed at which this litigation proceeded at the outset.

10. As explained in the memorandum of law accompanying Plaintiffs' motion, the statutory hourly rate of $125 for Equal Access to Justice Act fees, adjusted for cost-of-living increases, is $258.63.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22nd___ day of _September_________, 2026
Washington, D.C.

Antonia K. Fasanelli
Executive Director
National Homelessness Law Center

# Ex. A

# NHLC Hours in National Alliance to End Homelessness et al. v. Turner et al., No. 25-cv-447

| Date of Service | | Caseworker | Activity Details | Time Spent | Non-billable | Total Billale Hours |
|---|---|---|---|---|---|---|
| 9/22/2026 | | Antonia Fasanelli | Reviewed Cover Motion & Memo for EAJA Fees + Settlement Offer | 0.5 | | 0.5 |
| 9/22/2026 | | Antonia Fasanelli | Edits to Fee Petition Declaration | 0.5 | | 0.5 |
| 09/17/2026 | | Antonia Fasanelli | Finalized Declaration and Time Log | 1 | | 1 |
| 05/21/2026 | | Antonia Fasanelli | Prepared time log and emailed to DF | 1.5 | | 1.5 |
| 01/28/2026 | | Antonia Fasanelli | Reviewed Ds Response to Ps MSJ | 1.3 | | 1.3 |
| 12/16/2025 | | Antonia Fasanelli | Reviewed Ps Reply to Ds MSJ, Msg DF with sign off, notified client | 1 | | 1 |
| 12/07/2025 | | Antonia Fasanelli | Reviewed Ds MSJ | 1 | | 1 |
| 11/11/2025 | | Antonia Fasanelli | Reviewed Amended Compliant, MSJ, and Ann Oliva's Declaration | 2 | | 2 |
| 09/16/2025 | | Antonia Fasanelli | Convo with DF and disability advocates | 0.5 | 0.5 | |
| 09/12/2025 | | Antonia Fasanelli | Attended TRO hearing | 1 | 1 | |
| 09/10/2025 | | Katie Meyer Scott | Review complaint and email AF re: comments | 1.1 | | 1.1 |
| 09/10/2025 | | Antonia Fasanelli | Reviewed and made edits to Mot for TRO and Complaint | 2.5 | | 2.5 |
| 09/10/2025 | | Antonia Fasanelli | Engagement Call with NAEH engaging NHLC as subject matter counsel | 0.5 | 0.5 | |
| 09/09/2025 | | Katie Meyer Scott | internal call to discuss case | 0.5 | | 0.5 |
| 09/09/2025 | | Eric Tars | Conducting/sharing research on trans impact | 0.1 | | 0.1 |
| 09/09/2025 | | Eric Tars | Sending email re: Turner statements | 0.1 | | 0.1 |
| 09/09/2025 | | Eric Tars | Call w/DF, AKF, KMS, WK, SR re: co-counsel role | 0.5 | 0.5 | |
| 09/09/2025 | | Antonia Fasanelli | Call with DF and NAEH on Standing | 1.5 | | 1.5 |
| 09/08/2025 | | Antonia Fasanelli | Call with DF to discuss litigation strategy | 1 | | 1 |
| | | | | **Totals** | | **15.6** |
| | | | | Rate | | $258.63 |
| | | | | **Balance Due** | | **$4,034.63** |