**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS and WOMEN'S DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as the Secretary of the United States Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 25-cv-447-MSM-AEM |

**JOINT MOTION TO STAY DEADLINES**

Pursuant to Local Rule 7(a), the parties respectfully request that the Court stay all deadlines in this case for 31 days, to and including November 9, 2026. This is the parties' first request for a stay. The current deadline for Defendants to file a response to Plaintiffs' motion for fees is October 9, 2026.

The parties are engaging in discussions designed to resolve this matter without further court involvement. A stay of proceedings would thus promote judicial economy and the resources of the parties. At the conclusion of the 31 days, if the parties have not yet reached an agreement, the parties will file a joint status report advising the Court how the case should proceed.

To that end, the parties respectfully request that the Court stay all deadlines in the case for 31 days, to and including November 9, 2026, and order a joint status report to be filed on that date if the parties have not yet reached a resolution.

Dated: October 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Joshua N. Schopf*
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

Kristin Bateman (D.C. No. 90037068)^
Yenisey Rodríguez (D.C Bar No. 1600574)^
Kristen Miller (D.C. Bar No. 229627)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
yenisey.rodriguez@democracyforward.org
consultantkmiller@democracyforward.org
rthurston@democracyforward.org

Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
Lawyers' Committee for Rhode Island
56 Pine Street, Suite 200
Providence, RI 02903
(401) 238-3953
Amy@lawyerscommitteeri.org
Kevin@lawyerscommitteeri.org

Antonia K. Fasanelli (DC Bar No. 481856) ^
National
Homelessness
Law Center
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org

Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*Counsel for Plaintiffs*

^ admitted *pro hac vice*