**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-00447-MSM-AEM |

## JOINT STATUS REPORT REGARDING PLAINTIFFS' MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND MOTION TO FURTHER STAY DEADLINES

Plaintiffs filed a motion for fees under the Equal Access to Justice Act on September 25, 2026 (Dkt. No. 38), and the parties jointly moved to stay all deadlines in the case through November 9, 2026, for the parties to pursue a negotiated resolution (Dkt. No. 39). The parties have since entered a settlement agreement and anticipate jointly moving to dismiss the fee petition once the settlement conditions are performed. The parties accordingly request that the deadlines in this case be stayed for another 30 days, to and including December 9, 2026.

Date: November 9, 2026

*/s/ Kristin Bateman*
Kristin Bateman (D.C. No. 90037068)^
Yenisey Rodríguez (D.C Bar No. 1600574)^
Kristen Miller (D.C. Bar No. 229627)^
Robin F. Thurston (D.C. Bar No. 1531399)^
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
yenisey.rodriguez@democracyforward.org
consultantkmiller@democracyforward.org
rthurston@democracyforward.org

Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)^
Lawyers' Committee for Rhode Island
56 Pine Street, Suite 200
Providence, RI 02903
(401) 238-3953
Amy@lawyerscommitteeri.org
Kevin@lawyerscommitteeri.org

Antonia K. Fasanelli (DC Bar No. 481856)^
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org

Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*Counsel for Plaintiffs*

^ Admitted *pro hac vice*

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

JOSEPH E. BORSON
*Assistant Branch Director*

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF (DC Bar No. 465553)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*